

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007-2601 | BRIAN T. HORAN<br>*Assistant Corporation Counsel*<br>Affirmative Litigation Division<br>Phone: 212.788.1267<br>Fax: 212.788.1633<br>bhoran@law.nyc.gov |

August 26, 2011

**VIA FIRST CLASS MAIL**
Gotham Broad, LLC
30 Broad Street
New York, NY 10004

To Whom It May Concern:

    I write with respect to the levy, pursuant to the execution issued by this office dated August 5, 2011, on rent payments owed to Gotham Broad, LLC (the "LLC"). We learned yesterday that enforcement of one of the judgments on which the City executed is currently stayed pending the outcome of litigation now before the New York Supreme Court. Accordingly, we have advised the Sheriff's office that it should cease levying on money owed to the LLC.

    At this time, the LLC's tenants should not make payments to the Sheriff. We have advised the Sheriff's office that any payment received pursuant to the levy should be returned to the garnishee. I invite you to bring to my attention any such payment that is not returned.

    The stay does not apply to 14 of the 15 judgments listed in Schedule A to the execution. The debt arising from these 14 judgments amounts to $240,000, plus interest and any poundage and fees owed to the Sheriff. Please contact me at your earliest convenience to discuss a resolution of this judgment debt.

    If these 14 judgments are not satisfied, the City reserves its right to enforce them through another execution or otherwise. The City likewise reserves its right, once the stay is lifted, to resume efforts to collect on the one additional judgment listed in Schedule A.

    Very truly yours,

    Brian T. Horan
    Assistant Corporation Counsel