# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR MEDIA GROUP, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR MEDIA GROUP, INC. |
| **Initial DOS Filing Date:** | JULY 17, 2003 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | INACTIVE - Dissolution by Proclamation / Annulment of Authority (Jan 26, 2011) |

Information to reinstate a corporation that has been dissolved by proclamation or annulment of authority by proclamation is available on the New York State Department of Taxation and Finance website at www.tax.state.ny.us keyword TR-194.1 or by writing to NYS Department of Taxation and Finance, Reinstatement Unit/Bldg-8, Rm #958, W.A. Harriman Campus, Albany, NY 12227 or by telephone at (518) 485-6027

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR MEDIA GROUP, INC.
424 WEST 33RD ST #530
NEW YORK, NEW YORK, 10001

**Chairman or Chief Executive Officer**

ARI NOE
1926 52ND ST
BROOKLYN, NEW YORK, 11204

**Principal Executive Office**

OTR MEDIA GROUP, INC.
424 WEST 33RD ST #530
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 17, 2003 | Actual | OTR MEDIA GROUP, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us