# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 10 CATHERINE LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 10 CATHERINE LLC |
| **Initial DOS Filing Date:** | MAY 25, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED L'ABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 10 CATHERINE LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 1072 ATE LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 1072 ATE LLC |
| **Initial DOS Filing Date:** | FEBRUARY 28, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OTR 1072 ATE LLC
424 WEST 33RD STREET, STE. 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 110 WEST 14TH LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 110 WEST 14TH LLC |
| **Initial DOS Filing Date:** | OCTOBER 06, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 110 WEST 14TH LLC
424 WEST 33RD STREET SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 131 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 131 LLC |
| **Initial DOS Filing Date:** | MARCH 13, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OTR 131 LLC
424 WEST 33RD STREET STE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 180 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 180 LLC |
| **Initial DOS Filing Date:** | SEPTEMBER 28, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 180 LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 185 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 185 LLC |
| **Initial DOS Filing Date:** | FEBRUARY 22, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 185 LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 187 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 187 LLC |
| **Initial DOS Filing Date:** | MAY 25, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 187 LLC
424 WEST 33RD STREET
SUITE 320
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 207 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 207 LLC |
| **Initial DOS Filing Date:** | FEBRUARY 28, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 207 LLC
424 WEST 33RD STREET, STE. 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 214 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 214 LLC |
| **Initial DOS Filing Date:** | SEPTEMBER 28, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OTR 214 LLC
424 WEST 33RD ST. SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 291 LLC
Selected Entity Status Information

|  |  |
|---|---|
| **Current Entity Name:** | OTR 291 LLC |
| **Initial DOS Filing Date:** | FEBRUARY 22, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 291 LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 296A LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 296A LLC |
| **Initial DOS Filing Date:** | MAY 25, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 296A LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through September 8, 2011.

---

Selected Entity Name: OTR 4306 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 4306 LLC |
| **Initial DOS Filing Date:** | SEPTEMBER 29, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 4306 LLC
424 WEST 33RD STREET SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 432 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 432 LLC |
| **Initial DOS Filing Date:** | MAY 25, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 432 LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

---

Selected Entity Name: OTR 438 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 438 LLC |
| **Initial DOS Filing Date:** | OCTOBER 17, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 438 LLC
424 WEST 33RD ST. SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 705 LLC
Selected Entity Status Information

|  |  |
|---|---|
| **Current Entity Name:** | OTR 705 LLC |
| **Initial DOS Filing Date:** | SEPTEMBER 29, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 705 LLC
424 WEST 33RD ST., SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 720 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 720 LLC |
| **Initial DOS Filing Date:** | SEPTEMBER 29, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 720 LLC
424 WEST 33RD ST.
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR 802 9TH LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR 802 9TH LLC |
| **Initial DOS Filing Date:** | FEBRUARY 22, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR 802 9TH LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR BQE 25 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR BQE 25 LLC |
| **Initial DOS Filing Date:** | MAY 25, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR BQE 25 LLC
424 WEST 33RD ST STE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

---

Selected Entity Name: OTR BQE 86W LLC

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR BQE 86W LLC |
| **Initial DOS Filing Date:** | SEPTEMBER 29, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR BQE 86W LLC
424 WEST 33RD ST., SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR FA340 LLC
Selected Entity Status Information

**Current Entity Name:** OTR FA340 LLC
**Initial DOS Filing Date:** MAY 25, 2007
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OTR FA340 LLC
424 WEST 33RD ST., SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**
NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
| --- | --- | --- |

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR MEDIA 59 FOURTH LLC

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR MEDIA 59 FOURTH LLC |
| **Initial DOS Filing Date:** | JANUARY 29, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR MEDIA 59 FOURTH LLC
424 W. 33RD ST., SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR13 CARMINE, LLC
Selected Entity Status Information

|  |  |
|---|---|
| **Current Entity Name:** | OTR13 CARMINE, LLC |
| **Initial DOS Filing Date:** | NOVEMBER 10, 2010 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR13 CARMINE, LLC
ATTN: ARI NOE
120 WALL STREET 32ND FLOOR
NEW YORK, NEW YORK, 10005

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR161 STREET LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR161 STREET LLC |
| **Initial DOS Filing Date:** | OCTOBER 06, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR161 STREET LLC
STE. 520
424 WEST 33RD ST.
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR32 GRAND LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR32 GRAND LLC |
| **Initial DOS Filing Date:** | OCTOBER 06, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR32 GRAND LLC
424 WEST 33RD ST
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

# Division of Corporations

## Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR330 BRUCKNER LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR330 BRUCKNER LLC |
| **Initial DOS Filing Date:** | FEBRUARY 22, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR330 BRUCKNER LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR460 41ST STREET LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR460 41ST STREET LLC |
| **Initial DOS Filing Date:** | FEBRUARY 22, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OTR460 41ST STREET LLC
424 WEST 33RD STREET
SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: OTR54 WATTS LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR54 WATTS LLC |
| **Initial DOS Filing Date:** | JUNE 20, 2011 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OTR54 WATTS LLC
694 MYRTLE AVENUE #108
BROOKLYN, NEW YORK, 11205

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

---

Selected Entity Name: OTR945 ZEREGA LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OTR945 ZEREGA LLC |
| **Initial DOS Filing Date:** | FEBRUARY 28, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OTR945 ZEREGA LLC
424 WEST 33RD ST SUITE 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: SPLASH MEDIA GROUP, LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | SPLASH MEDIA GROUP, LLC |
| **Initial DOS Filing Date:** | JANUARY 24, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SPLASH MEDIA GROUP, LLC
424 WEST 33RD STREET
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2011.

Selected Entity Name: SPLASH MEDIA 112-10 LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | SPLASH MEDIA 112-10 LLC |
| **Initial DOS Filing Date:** | FEBRUARY 28, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

SPLASH MEDIA 112-10 LLC
424 WEST 33RD STREET, STE. 520
NEW YORK, NEW YORK, 10001

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and
address(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|