# OTR | media



April 9, 2010

*Via Facsimile*

Evan S. Lupion, Esq.
Associate
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
Fax: 212-735-8708

Dear Mr. Lupion:

    I am in receipt of your letter dated April 2, 2010. OTR Media Group LLC does not consent to arbitration. There is no legal basis for OTR Media Group LLC to indemnify Sakele Brothers LLC for the fines levied against them by the Environmental Control Board. OTR Media Group LLC did not enter into any agreement with Sakele Brothers and therefore will not consent to resolve this dispute through arbitration.

    Very truly yours,

    Ariel S. Holzer