SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------- x
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD,

                      Judgment creditor,

vs.

OTR MEDIA GROUP, INC.,

                      Judgment debtor.
---------------------------------------------------------------- x

**SUBPOENA AND SUBPOENA *DUCES TECUM***

**Supplementary Proceeding to enforce fines imposed by the New York City Environmental Control Board and entered as judgments**

**To:**    Ari Noe
        1926 52nd Street
        Brooklyn, NY 11204

      **WHEREAS**, in administrative proceedings before the New York City Environmental Control Board, between the City of New York as petitioner and **OTR MEDIA GROUP, INC.** ("OTR") as respondent, final orders, listed in Schedule A attached hereto, were rendered by the Environmental Control Board and duly docketed in the Civil Court of the City of New York and in the offices of the County Clerk for the County of New York, in favor of the New York City Environmental Control Board as Judgment Creditor and against OTR as Judgment Debtor, said orders being enforceable without court proceedings in the same manner as the enforcement of money judgments entered in civil actions, pursuant to section 1049-a(d)(1)(g) of the New York City Charter;

      **WHEREAS**, the penalties imposed for those violations set forth in Schedule A, including interest from the date of each judgment, total **$554,323**, plus any interest that accrues after August 10, 2011, which remains unpaid;

      **WHEREAS**, it appears that you are or were an officer, principal, owner, and/or shareholder of OTR and/or have an interest in OTR, have knowledge about OTR, owe a debt to OTR, or are in possession or custody of property in which OTR has an interest;

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED** to appear at the offices of Corporation Counsel of the City of New York, 100 Church Street, New York, New York, on September 7, 2011 at 10:00 a.m., to be examined under oath, upon oral questions, on matters relevant to the satisfaction of the judgments.

**YOU ARE FURTHER COMMANDED** to produce in advance of the examination, but no later than August 30, 2011, the following documents and things, of which you have custody or control:

1. The certificate of incorporation and by-laws of OTR;

2. Documents sufficient to evidence the name and address of anyone who has been a principal, director, officer, or shareholder of OTR at any time since August 27, 2008;

3. The two most recent tax returns for OTR;

4. The most recent financial statement for OTR;

5. The most recent statement for each bank account held by OTR at any time since August 27, 2008;

6. Documents evidencing loans to OTR and security interests in OTR accounts receivables;

7. Documents evidencing any outstanding monetary judgments against OTR;

8. All deeds, lease agreements, and other instruments granting to OTR any interest in real property since August 27, 2008;

9. Documents evidencing the location of any sign, billboard, bulletin, wallscape, poster panel, street furniture, display, or other advertising fixture or medium operated by OTR at any time since August 27, 2008;

10. Documents evidencing the source of any revenue received by OTR since August 10, 2011 in connection with any sign or other advertisement described in Request No. 9 above;

11. Documents evidencing the name and address of any entity in which OTR is or has been a partner, co-venturer, or shareholder since August 27, 2008;

12. Any documents evidencing any transfers of monies, funds, or anything of value, from August 27, 2008 to the present, from OTR to: (a) yourself; (b) any other officer, director, or shareholder of OTR; (c) any corporation, limited liability company, partnership, or trust in which any officer, director, or shareholder of OTR is an officer, director, shareholder, principal, member, partner, trustee, or beneficiary; or (d) any other person or entity where the transfer was made without fair consideration.

*****

**PLEASE TAKE NOTICE that for false swearing or your failure to comply with this subpoena you will be deemed guilty of a contempt of court as well as liable for all damages sustained by Judgment Creditor because of your failure and subject to a penalty of $50 as well.**

Dated: New York, New York
August 10, 2011

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the City of New York
                                          *Attorney for the New York City Environmental*
                                            *Control Board*

                                         By: _____
                                            BRIAN T. HORAN
                                            Assistant Corporation Counsel
                                            100 Church Street, Room 20-104
                                            New York, NY 10007
                                            212.788.1267

Of Counsel: Alan H. Kleinman

Schedule A

| Violation# | Respondent | Rhse | Rstreet | Rcity | RS | Issued | DktDate | Balance | Paid | Status1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 34743750H | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34743751J | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34761184L | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 1/27/2009 | 7/31/2010 | $10,924.66 | $0.00 | DOCKETED |
| 34770371L | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34770372N | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34770373P | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34770374R | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34770901J | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34770915K | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34770917Y | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34770918X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34770919H | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34770920P | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34770921R | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34770922Z | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34770923K | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/8/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34783731Z | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 3/9/2009 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34783732K | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 3/9/2009 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34783733M | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 3/9/2009 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34783734Y | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 3/9/2009 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34783736H | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 3/9/2009 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34783783K | OTR MEDIA GROUP INC | 425 | WEST 33 STREET | NEW YORK | NY | 5/13/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783784M | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 5/13/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783785Y | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 5/13/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783786X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 5/13/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783787H | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 5/13/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783790Z | OTR MEDIA CORP | 424 | WEST 38 STREET | NEW YORK | NY | 2/10/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783791K | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 2/10/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783792M | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 2/10/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783793Y | OTR MEDIA GROUP INC | 67 | GREENWICH STREET | NEW YORK | NY | 2/10/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34783794X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 2/10/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34791814Y | OTR MEDIA GROUP INC | 18 | CHATHAM SQUARE | NEW YORK | NY | 6/4/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34791815X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 6/4/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34791816N | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 6/4/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34791817J | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 6/4/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34791819N | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 6/4/2009 | 12/31/2010 | $5,273.70 | $0.00 | DOCKETED |
| 34795800L | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 2/13/2009 | 9/30/2010 | $10,774.25 | $0.00 | DOCKETED |
| 34795805K | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 1/14/2009 | 12/31/2010 | $1,265.69 | $0.00 | DOCKETED |
| 34795808X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 1/14/2009 | 12/31/2010 | $843.79 | $0.00 | DOCKETED |
| 34795809H | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 1/14/2009 | 12/31/2010 | $843.79 | $0.00 | DOCKETED |
| 34795872K | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/27/2008 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34795875X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/10/2009 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34795912X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/27/2008 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34795913H | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/27/2008 | 12/31/2010 | $10,547.40 | $0.00 | DOCKETED |
| 34795961M | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795962Y | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795963X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795964H | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795965J | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795966L | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795967N | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795968P | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 11/26/2008 | 6/30/2010 | $11,001.10 | $0.00 | DOCKETED |
| 34795992P | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/2/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34795998X | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 4/2/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34801562N | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/14/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34809357K | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/14/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34809358M | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/14/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34809360L | OTR MEDIA GROUP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/14/2009 | 11/30/2010 | $10,623.84 | $0.00 | DOCKETED |
| 34816221R | OTR MEDIA GRP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/13/2009 | 9/30/2010 | $10,774.25 | $0.00 | DOCKETED |
| 34816222Z | OTR MEDIA GRP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/13/2009 | 9/30/2010 | $10,774.25 | $0.00 | DOCKETED |
| 34816223K | OTR MEDIA GRP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/13/2009 | 9/30/2010 | $10,774.25 | $0.00 | DOCKETED |
| 34816226X | OTR MEDIA GRP INC | 424 | WEST 33 STREET | NEW YORK | NY | 8/13/2009 | 9/30/2010 | $10,774.25 | $0.00 | DOCKETED |

Total $554,323.13