# Horan, Brian

**From:** Ronald Coleman [rcoleman@GoetzFitz.com]
**Sent:** Wednesday, August 24, 2011 12:33 PM
**To:** Horan, Brian
**Cc:** Ariel Holzer; Kleinman, Alan
**Subject:** RE: OTR -- Noe subpoena

Brian, Ari Noe is in Los Angeles, and has been very hard for me to reach in the last couple of weeks. I am certain, however, that OTR will meet all its obligations by the applicable dates.

--
RDC

**From:** Horan, Brian [mailto:bhoran@law.nyc.gov]
**Sent:** Tuesday, August 23, 2011 12:40 PM
**To:** Ronald Coleman
**Cc:** Ariel Holzer; Kleinman, Alan
**Subject:** OTR -- Noe subpoena

Ron,

Ariel contacted me to discuss settling OTR's debt. When I reminded him that Mr. Noe is due to produce documents pursuant to our subpoena one week from today, he advised me that he is handling only the negotiation, and that you are handling the litigation. Will Mr. Noe produce the documents by next week's deadline?

Best,
Brian


Brian T. Horan
Assistant Corporation Counsel
New York City Law Department
Affirmative Litigation Division
100 Church Street, Rm. 20-104
New York, NY 10007
212.788.1267
bhoran@law.nyc.gov