# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−11−01448−ess |
| OTR Media Group, Inc. et al v. The City Of New York | |
| SSN/TAX ID: | CHAPTER: 0 |
| DEBTOR(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on September 2, 2011 was filed on September 12, 2011 .

The following deadlines apply:

The parties have until September 19, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is October 3, 2011.

If a Transcript Redaction Request is filed, the redacted transcript is due October 13, 2011.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 12, 2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber E−Scribe, Inc., Division of Compu−Scribe 800−300−1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: September 13, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]