# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: btaylor | Date Created: 9/13/2011 |
| Case: 1−11−01448−ess | Form ID: 296 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Gary M Kushner      gkushner@goetzfitz.com, kushner1@aol.com

                                                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Alan H Kleinman      New York City Law Department      Office of the Corporation Counsel      100 Church Street      New York, NY 10007

                                                                                                        TOTAL: 1