MICHAEL A. CARDOZO  
Corporation Counsel of the City of New York  
*Attorney for Defendant The City of New York*  
Attn: Hugh H. Shull III  
100 Church Street Rm. 5-233  
New York, NY 10007  
212.788.0457  
hshull@law.nyc.gov

Hearing date: October 25, 2011  
Hearing time: 11:00 a.m.  
Objections due: October 18, 2011

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| OTR MEDIA GROUP INC., | Case No. 1-11-47385 (ESS) |
| Debtor. | |

----------------------------------------------------------------- x

| | |
|---|---|
| OTR MEDIA GROUP, INC., *et al.*, | |
| | Adv. Pro. No. 1-11-01448 |
| Plaintiffs, | |
| vs. | **NOTICE OF MOTION TO VACATE STIPULATION AND ORDER** |
| THE CITY OF NEW YORK, | |
| Defendant. | |

----------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the Declaration of Brian T. Horan dated October 11, 2011 and the motion dated October 11, 2011 (the "Motion") of the City of New York, by and through its counsel Michael A. Cardozo, Corporation Counsel of the City of New York, the City will move before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, located at 271 Cadman Plaza East, Brooklyn, New York, on October 25, 2011 at 11:00 a.m. or as soon

thereafter as counsel can be heard, for an order vacating the Stipulation and Order entered September 2, 2011.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the bankruptcy Court electronically in accordance with General Order #462, by registered users of the bankruptcy Court's case filing system, and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASII), or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with General Order #462, and served on the New York City Law Department, 100 Church Street, New York, New York 10007, attention: Brian T. Horan, Esq., and so as to be received no later than October 18, 2011 at 4:00 p.m. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: October 11, 2011
       New York, New York

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendant The City of New York*

                                      By:    /s/ Brian T. Horan
                                                Brian T. Horan
                                                Assistant Corporation Counsel
                                                New York City Law Department
                                                100 Church Street, Rm. 20-104
                                                New York, New York 10007
                                                212.788.1267