UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re: : Chapter 11
 :
OTR MEDIA GROUP INC., : Case No. 1-11-47385 (ESS)
 :
                Debtor. :
 :
------------------------------------------------------------------ x
OTR MEDIA GROUP, INC., *et al.*, :
 : Adv. Pro. No. 1-11-01448
                Plaintiffs, :
 :
vs. : **ORDER VACATING**
 : **STIPULATION AND ORDER**
THE CITY OF NEW YORK, : **ENTERED**
 : **SEPTEMBER 2, 2011**
                Defendant. :
 :
------------------------------------------------------------------ x

      **UPON** the Declaration of Brian T. Horan dated October 11, 2011 and the motion of the City of New York dated October 11, 2011, seeking an order vacating the Stipulation and Order entered September 2, 2011, it is hereby

      **ORDERED** that the Stipulation and Order entered September 2, 2011 is hereby vacated.