# **CERTIFICATE OF SERVICE**

Rebecca Greene, a paralegal for the Law Firm Goetz Fitzpatrick, LLP hereinafter certifies as follows:

I am not a party to the within action; am over the age of 18 years and reside at Long Beach, New York. On October 24, 2011, I served a copy of the Plaintiff's Opposition together with Exhibits to City of New York's Motion to Vacate Stipulation and Order dated September 2, 2011 in this Adversary Proceeding :

By E-mail (electronic means). By transmitting same to the attorney by electronic means. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

| Brian Horan, Esq. | Alan Kleinman, Esq. | Wayne Davis |
| bhoran@law.nyc.gov | akleinma@law.nyc.gov | Davis@thsh.com |

| William E. Curtin, Esq. | Ronald D. Coleman, Esq. | Ari Noe |
| William.E.Curtin@usdoj.gov | rcoleman@goetzfitz.com | ari@otrmediagroup.com |

To the best of my knowledge and belief, the foregoing persons are those to be served in this Adversary Proceeding.

Dated: October 24, 2011
       New York, New York

                                          /s/Rebecca R. Greene
                                          Rebecca R. Greene