| ECB Vio# | Vio Issued Date | Respondent | Owner-BIS | Owner Address-BIS | Owner City/St/Zip-BIS | House# Occurrence | Street Occurrence | Boro-Occurrence | Hearing Status | Violation Status | Sum of Penalty Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34795794Y | 2/13/2009 | OT RMEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795820Z | 8/1/2008 | OTR MEDIA GRGOUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795790R | 2/13/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $2,500 |
| 34795821K | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795822M | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795823Y | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795824X | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795815Y | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795816X | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795817H | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795818J | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795819L | 8/1/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795775Z | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795776K | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795777M | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795778Y | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795779X | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795780N | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795781P | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795782R | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795783Z | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795784K | 8/27/2008 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795789J | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795791Z | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795792K | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |

| Violation # | Date | Respondent | Property Owner | Address | City/State/Zip | House # | Street | Borough | Status | Disposition | Fine |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34795793M | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795795X | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795796H | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795797J | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34795798L | 2/13/2009 | OTR MEDIA GROUP INC | ONE MAIDEN LANE REALTY, LLC | 174 BROADWAY | NEW YORK NY 10038-2503 | 174 | BROADWAY | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34804257K | 8/5/2009 | OTR MEDIA GROUP INC | OSIB-BCRE BOWERY STREET HOLDIN | 185 BOWERY | NEW YORK NY 10002 | 185 | BOWERY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34804258M | 8/5/2009 | OTR MEDIA GROUP INC | OSIB-BCRE BOWERY STREET HOLDIN | 185 BOWERY | NEW YORK NY 10002 | 185 | BOWERY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34804259Y | 8/5/2009 | OTR MEDIA GROUP INC | OSIB-BCRE BOWERY STREET HOLDIN | 185 BOWERY | NEW YORK NY 10002 | 185 | BOWERY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34791818L | 6/4/2009 | OTR MEDIA GROUP | CCW REALTY LLC | 2 EAST BROADWAY | NEW YORK NY 10038 | 18 | CHATHAM SQUARE | MANHATTAN | DISMISSED | PERFECTION REQUIRED | $0 |
| 34761182H | 1/27/2009 | OTR MEDIA GROUP INC | 203 17TH REALTY LLC | 203 17 STREET | BROOKLYN NY 11215 | 203 | 17 STREET | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34761183J | 1/27/2009 | OTR MEDIA GROUP INC | 203 17TH REALTY LLC | 203 17 STREET | BROOKLYN NY 11215 | 203 | 17 STREET | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34761185N | 1/27/2009 | OTR MEDIA GROUP INC | 203 17TH REALTY LLC | 203 17 STREET | BROOKLYN NY 11215 | 203 | 17 STREET | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795810P | 1/14/2009 | OTR MEDIA GROUP INC STE 5 | 203 17TH REALTY LLC | 203 17 STREET | BROOKLYN NY 11215 | 203 | 17 STREET | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795811R | 1/14/2009 | OTR MEDIA GROUP INC STE 5 | 203 17TH REALTY LLC | 203 17 STREET | BROOKLYN NY 11215 | 203 | 17 STREET | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795813K | 1/14/2009 | OTR MEDIA GROUP INC STE 5 | 203 17TH REALTY LLC | 203 17 STREET | BROOKLYN NY 11215 | 203 | 17 STREET | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795814M | 1/14/2009 | OTR MEDIA GROUP INC STE 5 | 203 17TH REALTY LLC | 203 17 STREET | BROOKLYN NY 11215 | 203 | 17 STREET | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34892264L | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892265N | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892266P | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892267R | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892268Z | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892269K | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892270H | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892271J | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892273N | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | PENDING | ASSIGNED | $0 |
| 34892272L | 9/14/2010 | OTR MEDIA GROUP,INC | 79 S N LTD | 2562 BRIGGS AVE | BRONX NY 10458-4605 | 87 | ST NICHOLAS PLACE | MANHATTAN | DEFAULT | DEFAULT | $25,000 |

| Violation # | Date | Respondent | Owner | Address | City State Zip | Bldg # | Street | Borough | Status | Hearing Status | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34783705P | 2/11/2009 | OT MEDIA GROUP INC | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34783704N | 2/11/2009 | OTR MEDIA GROUP | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34783706R | 2/11/2009 | OTR MEDIA GROUP INC | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34783707Z | 2/11/2009 | OTR MEDIA GROUP INC | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795692N | 4/10/2009 | OTR MEDIA GROUP INC | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795694R | 4/10/2009 | OTR MEDIA GROUP INC | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795696K | 4/10/2009 | OTR MEDIA GROUP INC | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795698Y | 4/10/2009 | OTR MEDIA GROUP INC | NAME NOT ON FILE | 310 E 23RD ST | NEW YORK NY 10010-4702 | 312 | EAST 23 STREET | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795825H | 3/26/2009 | OTR MEDIA GROUP,INC | 324 WEST 125TH STREET LLC | 324 WEST 125 STREET | NEW YORK NY 10027 | 288 | ST NICHOLAS AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795826J | 3/26/2009 | OTR MEDIA GROUP,INC | 324 WEST 125TH STREET LLC | 324 WEST 125 STREET | NEW YORK NY 10027 | 288 | ST NICHOLAS AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795830M | 3/26/2009 | OTR MEDIA GROUP,INC | 324 WEST 125TH STREET LLC | 324 WEST 125 STREET | NEW YORK NY 10027 | 288 | ST NICHOLAS AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34795835L | 3/26/2009 | OTR MEDIA GROUP,INC | 324 WEST 125TH STREET LLC | 324 WEST 125 STREET | NEW YORK NY 10027 | 288 | ST NICHOLAS AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34816210L | 8/13/2009 | OTR MEDIA GRP INC | HEDYGUS REALTY LLC | 330 MCGUINNESS BLVD | BROOKLYN NY 11222-1820 | 334 | MC GUINNESS BOULEVARD | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34816211N | 8/13/2009 | OTR MEDIA GRP INC | HEDYGUS REALTY LLC | 330 MCGUINNESS BLVD | BROOKLYN NY 11222-1820 | 334 | MC GUINNESS BOULEVARD | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34816213R | 8/13/2009 | OTR MEDIA GRP INC | HEDYGUS REALTY LLC | 330 MCGUINNESS BLVD | BROOKLYN NY 11222-1820 | 334 | MC GUINNESS BOULEVARD | BROOKLYN | IN VIOLATION | ASSIGNED TO APPEALS | $5,000 |
| 34919654Y | 5/14/2011 | OTR MEDIA GROUP,INC | 424 WEST 33RD STREET | 430 WEST 33 STREET | NEW YORK NY 10001 | 424 | WEST 33 STREET | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34919655X | 5/14/2011 | OTR MEDIA GROUP,INC | 424 WEST 33RD STREET | 430 WEST 33 STREET | NEW YORK NY 10001 | 424 | WEST 33 STREET | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34919656H | 5/14/2011 | OTR MEDIA GROUP,INC | 424 WEST 33RD STREET | 430 WEST 33 STREET | NEW YORK NY 10001 | 424 | WEST 33 STREET | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34825647Z | 12/1/2009 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825648K | 12/1/2009 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825649M | 12/1/2009 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825660N | 12/1/2009 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825662R | 12/1/2009 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825663Z | 12/1/2009 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825661P | 12/2/2009 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825804N | 2/17/2010 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |

| Violation # | Date | Respondent | Property Owner | Address | City/State/Zip | House # | Street | Borough | Status | Hearing Status | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34825805P | 2/17/2010 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825806R | 2/17/2010 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825807Z | 2/17/2010 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825808K | 2/17/2010 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825810J | 2/17/2010 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34825811L | 2/17/2010 | OTR MEDIA GROUP INC | 45 BROADWAY NY LLC | 45 BROADWAY | BROOKLYN NY 11211 | 45 | BROADWAY | BROOKLYN | PENDING | RESCHEDULED | $0 |
| 34919660K | 5/14/2011 | OTR MEDIA GROUP,INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34919661M | 5/14/2011 | OTR MEDIA GROUP,INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34784091Y | 4/1/2009 | OTR MEDIA GRP INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34784095L | 4/1/2009 | OTR MEDIA GRP INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34784097P | 4/1/2009 | OTR MEDIA GRP INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34784099Z | 4/1/2009 | OTR MEDIA GRP INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34795676N | 4/1/2009 | OTR MEDIA GRP INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $25,000 |
| 34784093H | 4/1/2009 | PTR MEDIA GRP INC | COVENANT HOUSE | 460 W 41ST ST | NEW YORK NY 10036-6898 | 538 | 10 AVENUE | MANHATTAN | PENDING | RESCHEDULED | $0 |
| 34813972Y | 12/18/2008 | OTR MEDIA GROUP INC | FOURTH AVE LOFT CORP | 59 4TH AVE | NEW YORK NY 10003-5203 | 59 | 4 AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34813974H | 12/18/2008 | OTR MEDIA GROUP INC | FOURTH AVE LOFT CORP | 59 4TH AVE | NEW YORK NY 10003-5203 | 59 | 4 AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34823200N | 12/18/2008 | OTR MEDIA GROUP INC | FOURTH AVE LOFT CORP | 59 4TH AVE | NEW YORK NY 10003-5203 | 59 | 4 AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34813973X | 12/18/2009 | OTR MEDIA GROUP INC | FOURTH AVE LOFT CORP | 59 4TH AVE | NEW YORK NY 10003-5203 | 59 | 4 AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34813970K | 12/18/2008 | OTR MEDIA GROUP, INC | FOURTH AVE LOFT CORP | 59 4TH AVE | NEW YORK NY 10003-5203 | 59 | 4 AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34823201P | 12/18/2008 | OTR MEDIA GROUP, INC | FOURTH AVE LOFT CORP | 59 4TH AVE | NEW YORK NY 10003-5203 | 59 | 4 AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34813971M | 12/18/2008 | OTR MEDIA GROUP, INC. | FOURTH AVE LOFT CORP | 59 4TH AVE | NEW YORK NY 10003-5203 | 59 | 4 AVENUE | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795969R | 10/15/2008 | OTR MEDIA GROUP, INC | NOT ON FILE | 7 DEY ST | NEW YORK NY 10007-3201 | 187 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795970Y | 10/15/2008 | OTR MEDIA GROUP, INC | NOT ON FILE | 7 DEY ST | NEW YORK NY 10007-3201 | 187 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795971X | 10/15/2008 | OTR MEDIA GROUP, INC | NOT ON FILE | 7 DEY ST | NEW YORK NY 10007-3201 | 187 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795972H | 10/15/2008 | OTR MEDIA GROUP, INC | NOT ON FILE | 7 DEY ST | NEW YORK NY 10007-3201 | 187 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |
| 34795973J | 10/15/2008 | OTR MEDIA GROUP, INC | NOT ON FILE | 7 DEY ST | NEW YORK NY 10007-3201 | 187 | BROADWAY | MANHATTAN | IN VIOLATION | ASSIGNED TO APPEALS | $10,000 |

| ID | Date | Company | Owner | Address | City State Zip | Number | Street | Borough | Status | Action | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34886963J | 9/8/2010 | OTR MEDIA GROUP INC | 777 NY REALTY INC. | 747 PARK AVENUE | BROOKLYN NY 11206 | 747 | PARK AVENUE | BROOKLYN | PENDING | ASSIGNED | $0 |
| 34919679K | 5/18/2011 | OTR MEDIA GROUP,INC | ESS PRISA LLC | 805 KING STREET | ALEXANDRIA VA 22320 | 330 | BRUCKNER BOULEVARD | BRONX | PENDING | RESCHEDULED | $0 |
| 34919680H | 5/18/2011 | OTR MEDIA GROUP,INC | ESS PRISA LLC | 805 KING STREET | ALEXANDRIA VA 22320 | 330 | BRUCKNER BOULEVARD | BRONX | PENDING | RESCHEDULED | $0 |
| 34919681J | 5/18/2011 | OTR MEDIA GROUP,INC | ESS PRISA LLC | 805 KING STREET | ALEXANDRIA VA 22320 | 330 | BRUCKNER BOULEVARD | BRONX | PENDING | RESCHEDULED | $0 |
| 34919682L | 5/18/2011 | OTR MEDIA GROUP,INC | ESS PRISA LLC | 805 KING STREET | ALEXANDRIA VA 22320 | 330 | BRUCKNER BOULEVARD | BRONX | PENDING | RESCHEDULED | $0 |
| 34783639X | 4/28/2009 | OTR MECCA GROUP INC. | YUNG BROTHERS REAL ESTATE CO. | 838 6TH AVE | NEW YORK NY 10001-4100 | 838 | AVENUE OF THE AMERICAS | MANHATTAN | PENDING | ADJOURNED | $0 |
| 34783641P | 4/28/2009 | OTR MEDIA GROUP INC | YUNG BROTHERS REAL ESTATE CO. | 838 6TH AVE | NEW YORK NY 10001-4100 | 838 | AVENUE OF THE AMERICAS | MANHATTAN | PENDING | ADJOURNED | $0 |
| 34783642R | 4/28/2009 | OTR MEDIA GROUP INC | YUNG BROTHERS REAL ESTATE CO. | 838 6TH AVE | NEW YORK NY 10001-4100 | 838 | AVENUE OF THE AMERICAS | MANHATTAN | PENDING | ADJOURNED | $0 |
| 34783643Z | 4/28/2009 | OTR MEDIA GROUP INC | YUNG BROTHERS REAL ESTATE CO. | 838 6TH AVE | NEW YORK NY 10001-4100 | 838 | AVENUE OF THE AMERICAS | MANHATTAN | PENDING | ADJOURNED | $0 |
| 34783644K | 4/28/2009 | OTR MEDIA GROUP INC | YUNG BROTHERS REAL ESTATE CO. | 838 6TH AVE | NEW YORK NY 10001-4100 | 838 | AVENUE OF THE AMERICAS | MANHATTAN | PENDING | ADJOURNED | $0 |
| 34783640N | 4/28/2009 | OTR MEDIA GROUP INC. | YUNG BROTHERS REAL ESTATE CO. | 838 6TH AVE | NEW YORK NY 10001-4100 | 838 | AVENUE OF THE AMERICAS | MANHATTAN | PENDING | ADJOURNED | $0 |
| 34919701H | 5/18/2011 | OTR MEDIA GROUP INC | 705 REALTY LLC | 935 BRONX RIVER AVE | BRONX NY 10473-4900 | 705 | BRUCKNER BOULEVARD | BRONX | PENDING | RESCHEDULED | $0 |
| 34919702J | 5/18/2011 | OTR MEDIA GROUP LNC | 705 REALTY LLC | 935 BRONX RIVER AVE | BRONX NY 10473-4900 | 705 | BRUCKNER BOULEVARD | BRONX | PENDING | RESCHEDULED | $0 |
| 34919687K | 5/20/2011 | OTR MEDIA GROUP, INC | ESS PRISA II LLC | PO BOX 320099 | ALEXANDRIA VA 22320-4099 | 945 | ZEREGA AVENUE | BRONX | PENDING | RESCHEDULED | $0 |
| 34919688M | 5/20/2011 | OTR MEDIA GROUP, INC | ESS PRISA II LLC | PO BOX 320099 | ALEXANDRIA VA 22320-4099 | 945 | ZEREGA AVENUE | BRONX | PENDING | RESCHEDULED | $0 |
| 34919689Y | 5/20/2011 | OTR MEDIA GROUP, INC | ESS PRISA II LLC | PO BOX 320099 | ALEXANDRIA VA 22320-4099 | 945 | ZEREGA AVENUE | BRONX | PENDING | RESCHEDULED | $0 |