OTR Sign List

| Address | Permit Status | Notes |
|---|---|---|
| 424 West 33rd Street, NY, NY | Full Advertising Permit # 101807528-01-SG | |
| 174 Canal Street, NY, NY | Full Advertising Permit # 104849185-01-SG | |
| 450 West 31st Street, NY, NY | Full Advertising Permit # 102663949-01-SG | |
| 860 Atlantic Ave, Brooklyn, NY | Full Advertising Permit # 301598028-01-SG | |
| 261 Walton Ave, Bronx, NY | Full Advertising Permit # 200485297-01-SG | Registered Arterial Highway Sign (in process) |
| 84 Withers Street, Brooklyn, NY | Full Advertising Permit # 310105588-01-SG | Registered Arterial Highway Sign (in process) |
| 945 Zerega Avenue, Bronx, NY | Full Advertising Permit # 200034159-01-SG | Registered Arterial Highway Sign (in process) |
| 25 Skillman Street, Ny, NY | Grandfathered Permit | Registered Arterial Highway Sign (in process) |
| 330 Bruckner Blvd, Bronx, NY | Full Advertising Permit # 201143217-01-SG | Registered Arterial Highway Sign (in process) |
| 838 6th Avenue, NY, NY | Grandfathered Non-Conforming Use | Stay of enforcement issued by Justice Tolub NY State Supreme Court |
| 340 Flatbush Ave, Brooklyn, NY | Grandfathered Non-Conforming Use | |
| 13 Carmine Street, NY, NY | Grandfathered Non-Conforming Use | |
| 59 4th Avenue, NY, NY | Grandfathered Non-Conforming Use | Not currently in use, currently before BSA for determination |
| 101-111 East 161st Street, Bronx, NY | Grandfathered Non-Conforming Use | |
| 460 West 41st Street, NY, NY | Exempt due to NYS ownership interest in property | Awaiting clarification of status from NYS Office of General Services |
| 207 Dyckman Street, NY, NY | Grandfathered Non-Conforming Use | |
| 445 West 35th Street, NY, NY | Full Advertising Permit # 100159775-01-SG | |
| 2437 Grand Concourse, Bronx, NY | Full Advertising Permit # 201137386-01-SG | |