| Bldg # | Street | Boro | Status Claimed | Permit Claimed | Actual Permit Status | Reg Req/Rec'd | NOVs | ECB Status |
|---|---|---|---|---|---|---|---|---|
| 424 | west 33rd St | MN | Advert Permit | 101807528 | Currently valid | | Yes | Hearing 12.2.11- oversized |
| 174 | Canal St | MN | Advert Permit | 104849185 | Currently valid | | | |
| 450 | West 31st St | MN | Advert Permit | 102663949 | Currently valid | Reg to Fuel OAC | | |
| 860 | Atlantic Ave | BK | Advert Permit | 301598028 | Currently valid | | | |
| 261 | Walton Ave | BX | Advert Permit | 200485297 | Currently valid | No | Yes | 2nd sign -Hearing 11.18.11 |
| 84 | Whithers St | BK | Advert Permit | 310105588 | Stop Work in effect | No | | |
| 945 | Zerega Ave | BX | Advert Permit | 200034159 | Does not state adv use | No | Yes | Hearing 1.6.12 |
| 25 | Skillman St | BK | G'fathered | None | None to legalize | No | | |
| 330 | Bruckner Blvd | BX | Advert Permit | 201143217 | Non-advertising use | No | Yes | Hearing 1.6.12 |
| 838 | Sixth Ave | MN | G'fathered | Legalization denied | Litigation stay | | Yes | Hearing 1.6.12 |
| 340 | Flatbush Ave | BK | G'fathered | None | No applic to legalize | | | |
| 13 | Carmine St | MN | G'fathered | None | No applic to legalize | | Yes | In-vio '09. Hearing 11.10.11 |
| 59 | Fourth Ave | MN | G'fathered | Legalization denied | No NCU. At BSA | | Yes | In-vio '10. |
| 101-111 | E. 161st St | BX | G'fathered | None | No applic to legalize | | | |
| 460 | West 41st St | MN | Exempt | None | Not Exempt | | Yes | Hearing 1.6.12 |
| 207 | Dyckman St | MN | G'fathered | None | None to legalize | | | |
| 445 | West 35th St | MN | Advert Permit | 100159775 NON-Adv | Stop Work in effect | | | |
| 2437 | Gr Concourse | BX | Advert Permit | 201137386 | Valid, but under audit | | | |

NCU = non-conforming use