## Horan, Brian

| | |
|---|---|
| **From:** | Kleinman, Alan |
| **Sent:** | Friday, October 28, 2011 9:50 AM |
| **To:** | 'Gary M. Kushner'; Horan, Brian |
| **Cc:** | Ronald Coleman; Ari Noe; Curtin, William E. (USTP); Davis, Wayne H. |
| **Subject:** | RE: OTR signs before the ECB. |

Based on a quick look, I do not see 745 Bruckner, 45 Broadway, and 32-72 Gale Avenue on the list of the 18 signs you provided. Please provide more information regarding OTR's connection to these signs.
As to the other signs, I have advised DOB to tell its representative at the ECB to not oppose adjournments.

**From:** Gary M. Kushner [mailto:gkushner@GoetzFitz.com]
**Sent:** Thursday, October 27, 2011 6:55 PM
**To:** Kleinman, Alan; Horan, Brian
**Cc:** Ronald Coleman; Ari Noe; Curtin, William E. (USTP); Davis, Wayne H.
**Subject:** FW:

Alan, these sites too!!!! gmk

**Gary M. Kushner, Esq.**
**Partner**

**GOETZ FITZPATRICK LLP**
One Penn Plaza
Suite 4401
New York, NY 10119

**Work:** 212.695.8100 x338
**Cell:** 516-606-7900
**Fax:** 212.629.4013
**Email:** gkushner@goetzfitz.com



Dedicated to Excellence

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to Jon Kowalski (jkowalski@goetzfitz.com).

**From:** Cohen Hochman & Allen [mailto:cohenhochman@gmail.com]
**Sent:** Thursday, October 27, 2011 6:51 PM
**To:** Gary M. Kushner
**Cc:** Kleinman, Alan; Horan, Brian; Curtin, William E. (USTP); Davis, Wayne H.; Ari Noe; Ronald Coleman
**Subject:** Re:

Gentlemen,

Our firm is scheduled to appear at ECB tomorrow Oct 28, 2011 for hearings for sign violations stemming from OTR signage at the following addresses:

945 Zerega Avenue, Bronx, NY
745 Bruckner Blvd, Bronx, NY
330 Bruckner Blvd, Bronx, NY

Lindsay Garroway
**Cohen Hochman & Allen**
Attorneys at Law
80 Maiden Lane
Suite 507
New York, NY 10038
T: 212-566-7081
F: 212-566-7406
www.ViolationLawyers.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Thu, Oct 27, 2011 at 6:38 PM, Gary M. Kushner <gkushner@goetzfitz.com> wrote:
Alan, I am told by our regulatory counsel that despite great effort on their part, the city is intending to go forward with ECB hearings on the following cites leased by the debtor, notwithstanding the record that was made yesterday where we agreed to exchange legal precedents about the application of the stay and if we could not agree on the resolution of the issue, the city would then file a motion for stay relief. If, indeed you intend to go forward, you would violate the terms of our agreement at yesterday's hearing before the bankruptcy court. I respectfully ask that you alert the members of your staff to adjourn these matters consistent with our agreement. If the city proceeds, it will be doing so at its own peril. gmk
1. 45 BROADWAY - November 4th, 2011
2. 32-72 GALE AVENUE - November 18th, 2011

**Gary M. Kushner, Esq.**
**Partner**

**GOETZ FITZPATRICK LLP**
One Penn Plaza
Suite 4401
New York, NY 10119

**Work:** 212.695.8100 x338
**Cell:** 516-606-7900
**Fax:** 212.629.4013
**Email:** gkushner@goetzfitz.com



Dedicated to Excellence

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

11/9/2011

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to Jon Kowalski (jkowalski@goetzfitz.com).