## Horan, Brian

| | |
|---|---|
| **From:** | Gary M. Kushner [gkushner@GoetzFitz.com] |
| **Sent:** | Monday, November 07, 2011 6:52 PM |
| **To:** | Kleinman, Alan |
| **Cc:** | William.E.Curtin@usdoj.gov; Davis, Wayne H.; Horan, Brian; Ronald Coleman; Ari Noe; Howard Crystal |
| **Subject:** | sent under the protections of FRE 408 |

Alan, please include Ronald Coleman on your e-mails. My letter did respond to your 10/28 letter where you specifically asked me to forego challenges to the automatic stay position of the City as to "**any** proceedings in which OTR is the respondent or lessee...". So we are clear, no state court or ECB proceedings against OTR are to go forward until we stipulate to agreed locations or the City obtains relief from the stay. And to be further clear, I need to check with Mr. Holzer before I can give the Debtor's consent to vacatur of the stay as to any location. Please be guided accordingly. gmk

**Gary M. Kushner, Esq.**
**Partner**

**GOETZ FITZPATRICK LLP**
One Penn Plaza
Suite 4401
New York, NY 10119

Work: 212.695.8100 x338
Cell: 516-606-7900
Fax: 212.629.4013
Email: gkushner@goetzfitz.com



Dedicated to Excellence

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to Jon Kowalski (jkowalski@goetzfitz.com).

---

**From:** Kleinman, Alan [mailto:akleinma@law.nyc.gov]
**Sent:** Monday, November 07, 2011 6:05 PM
**To:** Gary M. Kushner
**Cc:** William.E.Curtin@usdoj.gov; Davis, Wayne H.; Horan, Brian
**Subject:** OTR existing signs

Confirming our conversation, I noted that your letter failed to respond to my October 28 letter's questions regarding moving forward on exiting signs, specifically, the signs listed in the Holzer affidavit cited in my letter. I request that you advise me whether OTR objects to proceeding with enforcement regarding these existing signs. I note that the Carmine Street sign, that we specifically discussed in Court, is scheduled for an ECB hearing on 11/10/11. The 261 Walton Avenue sign is scheduled for a hearing on 11/18. Your client should be aware of these dates. Please let me know your position with respect to these upcoming hearings. Please also let me

know your client's position with respect to the issuance of new Notices of Violation for the other existing signs. We were expecting an answer to these questions in your letter of today. An answer to these questions by close of business tomorrow would be appreciated. Thank you.

Alan H. Kleinman
Senior Counsel
Affirmative Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007-2601
(212) 788-1012

11/10/2011