UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re: : Chapter 11
:
OTR MEDIA GROUP INC., : Case No. 1-11-47385 (ESS)
:
Debtor. :
:
------------------------------------------------------------------ x
OTR MEDIA GROUP, INC., *et al.*, :
: Adv. Pro. No. 1-11-01448
Plaintiffs, :
:
vs. : **ORDER**
:
THE CITY OF NEW YORK, :
:
Defendant. :
:
------------------------------------------------------------------ x

**UPON** the motion of the City of New York ("City"), supported by the Declaration of Brian T. Horan and a Memorandum of Law dated November 10, 2011, it is hereby:

**ORDERED** that the City's Department of Buildings may issue notices of violation ("NOVs") citing violations by the Debtor, or its affiliates or indemnitees (if any), of the City's Administrative Code, Zoning Resolution, or another law or rule regulating outdoor advertising in the City, and the City's Environmental Control Board may take all steps necessary to adjudicate such NOVs, including holding hearings and entering decisions and orders.

# CERTIFICATE OF SERVICE

Brian T. Horan, Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant the City of New York, certifies as follows:

I am over 18 years of age and am not a party to this action. On November 10, I served (i) the City's Notice of Motion for an Order Declaring that the City May Enforce Its Sign Regulations Against Debtor, (ii) the Declaration of Brian T. Horan, together with exhibits, (iii) a Memorandum of Law, and (iv) a proposed order, by email as follows:

| Ronald Coleman, Esq. | Gary M. Kushner, Esq. | William E. Curtin, Esq. |
| --- | --- | --- |
| rcoleman@goetzfitz.com | gkushner@goetzfitz.com | william.e.curtin@usdoj.gov |
| Wayne H. Davis, Esq. | Michael Dal Lago, Esq. | |
| Davis@thsh.com | mdallago@morrisoncohen.com | |

Dated: November 10, 2011
      New York, New York

                                                   /s/ Brian T. Horan
                                                   Brian T. Horan