UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In re:

OTR MEDIA GROUP INC.

                              Debtor.    X

Chapter 11

Case No. 1-11-47385 (ESS)

----------------------------------------------------------------

OTR MEDIA GROUP, INC., 203 17TH REALTY LLC, SAKELE BROTHERS, LLC *and* ONE MAIDEN LANE REALTY, LLC, *all New York limited liability companies*, 848 FULTON REALTY CORP. *and* MING SHENG INC., *New York corporations*, GOTHAM BROAD, LLC, *a Delaware limited liability company*, FOTINI THEOHARIDU, and PHILLIPE JOCELINE, *natural persons*,

                              Plaintiffs,

                        - *vs.* -

The CITY OF NEW YORK,

                              Defendant.    X

Adv. Pro. No. 1-11-01448 (ESS)

**CERTIFICATE OF SERVICE**

----------------------------------------------------------------

## **CERTIFICATE OF SERVICE**

       Gary M. Kushner, a Partner of the Law Firm Goetz Fitzpatrick, LLP hereinafter certifies as follows:

       I am not a party to the within action; am over the age of 18 years and reside at Merrick, New York. On November 21, 2011, I served a copy of the Debtor's Opposition, Memorandum of Law in Support of Opposition and Affirmation of Ariel S. Holzer, Esq. in opposition to the Motion by New York City to Vacate Automatic Stay as to Environmental Control Board Proceedings in this chapter 11 case :

       By E-mail (electronic means). By transmitting same to the attorney by electronic means. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

| Brian Horan, Esq. | Alan Kleinman, Esq. | Wayne Davis |
|---|---|---|
| bhoran@law.nyc.gov | akleinma@law.nyc.gov | Davis@thsh.com |

William E. Curtin, Esq.
William.E.Curtin@usdoj.gov

      To the best of my knowledge and belief, the foregoing persons are those to be served in this Adversary Proceeding.

Dated: November 21, 2011
       New York, New York

                                        /s/Gary M. Kushner
                                        Gary M. Kushner