1C

# NYC BUILDINGS

## NOTICE OF VIOLATION AND HEARING

COMMISSIONER OF THE DEPARTMENT OF BUILDINGS
OF THE CITY OF NEW YORK, PETITIONER, AGAINST   1015750

**Violation No. 34569017Y**
ENVIRONMENTAL CONTROL BOARD

| First name (or entity name) | Last name | | | |
|---|---|---|---|---|
| Yung Brothers Real Estate Corp | | | | |
| Number and street | City | State | Zip code | |
| 838 Sixth Avenue | New York | NY | 10001 | |

Additional mailing to be sent (agent, care of, other):

| First name | Last name | Company | | |
|---|---|---|---|---|
| Number and street | City | | State | Zip code |

### Commissioner's Order To Correct Violations

| Place of occurrence | Boro | Date of violation | Type | Dist. | Code | No. |
|---|---|---|---|---|---|---|
| 838 Sixth Avenue | MH | 03/20/07 | SG | Stf | SC | 11 |
| Construction type | No. of stories | Block | Lot | Occupancy at time of inspection | Basis of violation | |
| C6-4X | 6 | 831 | 02 | OFFICES/COMM. | Sweep | |

Based upon the inspection of the premises and/or records of the Department, the undersigned has determined that you are in violation of the sections of law cited below, of Title 26 and/or 27 of the NYC Administrative Code, and the Zoning Resolution.

| Computer No./ Infraction Code | Provision of law | Violating conditions observed | ☐ Hazardous | ☐ Second offense Prior ECB violation # |
|---|---|---|---|---|
| CIA | 27-147 AC | Outdoor advertising Company failure to obtain Permit for Outdoor advertising | | |
| | 26-262 AC | Sign | | |

Remedy: Remove Illegal Signage

☐ 26-126.1 (e)(1) Per day penalty for violation of section 27-118.1 x _____ units added.

The Commissioner of the Department of Buildings orders that you correct these conditions and file a certificate of such correction.

### Resolution options

**CURE DATE** 06/15/07

At the hearing, you have the option to contest or admit the violation. If a "cure date" appears in the box above, you have the additional option to admit the violation and certify correction by the cure date, resulting in a finding of "In violation," but no hearing or penalty. Also, depending on the type of violation, you may be eligible to accept a stipulation. For more information, see reverse side of the yellow copy of the "Notice of Violation and Hearing".

### Hearing Information

If the Certificate of Correction (for a "cure") is not received by the date indicated to the left or is not approved by the Department or IF YOU ARE CHARGED WITH A HAZARDOUS OR SECOND OFFENSE VIOLATION, YOU ARE REQUIRED TO APPEAR FOR A HEARING AT THE ENVIRONMENTAL CONTROL BOARD (ECB) ON:

Hearing date 06/28/07 at ☒ 10:30 AM ☐ 1:30 PM ☐ Other _____

Environmental Control Board hearing locations:
- ☐ Queens, (718) 298-7300 - 144-06 94th Avenue, 1st fl.
- ☒ Manhattan, (212) 361-1400 - 66 John Street, 10th fl.
- ☐ Brooklyn, (718) 875-7428 - 233 Schermerhorn Street, 11th fl.
- ☐ Bronx, (718) 579-6844 - 1932 Arthur Avenue, 6th fl
- ☐ Staten Island, (212) 361-1400 - 350 St. Marks Place, 1st fl.

Proceedings will be held under authority of the NYC Charter section 1404 and rules promulgated thereunder at 15 RCNY Chapter 31. This hearing is your opportunity to answer and defend against the allegations set forth above. If you do not appear, you will be held in default and subjected to maximum penalties.

For more information. To reschedule your hearing or inquire about the case status, call the Environmental Control Board at the numbers listed above. For information on certifying correction of this violation, read instructions on the Certificate of Correction form, call the Department of Buildings at 311, or download the "ECB Violation Reference Guide" in the Reference Materials section at www.nyc.gov/buildings.

Issuing officer's last name, first initial (print): Chuebon, S
Badge number: 18013   Unit code: SP
Supervisor's signature: Williams

I personally observed the violation(s) charged and/or verified their existence through review of departmental records.
Issuing officer's signature: _____
This statement is affirmed under penalty of perjury.

34569017Y

ORIGINAL - ECB COPY        ECB-PC (Rev. 9/06)