| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2006092600371001003E1370 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 11 |
|---|---|

**Document ID:** 2006092600371001  **Document Date:** 09-26-2006  **Preparation Date:** 09-26-2006
**Document Type:** CONDEMNATION PROCEEDINGS
**Document Page Count:** 9

| PRESENTER: | RETURN TO: |
|---|---|
| JOHN CASOLARO, ESQ.<br>CARTER LEDYARD & MILBURN LLP<br>2 WALL STREET<br>NEW YORK, NY 10005 | JOHN CASOLARO, ESQ.<br>CARTER LEDYARD & MILBURN LLP<br>2 WALL STREET<br>NEW YORK, NY 10005 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1013 | 6 Partial Lot | | N/A WEST 41 STREET |
| | Property Type: OTHER Easement | | | |
| Borough | Block | Lot | Unit | Address |
| MANHATTAN | 1050 | 1 Partial Lot | | 538 10 AVENUE |
| | Property Type: OTHER Easement | | | |

460 w. 41 ST

x Additional Properties on Continuation Page

### CROSS REFERENCE DATA
CRFN _____ or Document ID _____ or _____ Year ____ Reel ___ Page ____ or File Number _____

### PARTIES
**PARTY 1:**
METROPOLITAN TRANSPORTATION AUTHORITY
347 MADISON AVENUE
NEW YORK, NY 10017

### FEES AND TAXES

| Mortgage | | | Recording Fee: | EXEMPT |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed     09-29-2006 12:45
City Register File No.(CRFN):
               2006000549658

*City Register Official Signature*

## DECLARATION OF RESTRICTIVE COVENANTS

THIS DECLARATION OF RESTRICTIVE COVENANTS (Declaration) dated as of March 26, 2007 by Covenant House, a New York not-for-profit corporation (Declarant/Grantee), with corporate offices at 5 Penn Plaza, New York, NY 10001, its successors and assigns, is given to the United States Department of Housing and Urban Development (HUD), 451 7th Street S.W., Washington, DC 20410.

### RECITALS

WHEREAS, the Declarant/Grantee is the fee owner of certain land located in the City and State of new York, Borough of Manhattan, designated as Block __1050__ Lot __1__ on the Tax Map of the City of New York, hereinafter referred to as the Property, more particularly described by a metes and bounds description set forth in Exhibit A annexed hereto (the "Property"); and

WHEREAS, the Declarant/Grantee submitted an application for Supportive Housing Grant to HUD dated as of August 23, 2004; and was awarded said Grant by HUD in the amount of $588,962; and

WHEREAS, the Declarant/Grantee entered into a Supportive Housing Grant Agreement (the "Agreement") with HUD for Project Number NY01B300-129 dated as of May 6, 2005; and

WHEREAS, pursuant to the Agreement, the Declarant/Grantee is obligated to (acquire)(construct)(rehabilitate) and operate a 10 bed supportive housing project on property more particularly described by a metes and bounds description set forth in Exhibit A annexed hereto (the "Property"), which units are to be maintained and operated as supportive housing as defined by the Agreement; and

WHEREAS, the McKinney-Vento Homeless Assistance Act, 42 USC §§ 11381 et seq. ("ACT"), requires HUD as a requirement for providing said funding, to include certain restrictions in all Agreements; and

WHEREAS, the Declarant/Grantee is required by the Agreement to cause to be executed an instrument in recordable form which obligates the Declarant/Grantee, its successors and assigns, to operate and maintain the supportive housing in accordance with the Agreement, the ACT, and HUD regulations as provided for in the Agreement; and

WHEREAS, the Declarant/Grantee has applied to the New York City Department of Buildings (the "Department of Buildings") for permits in connection with Application No. 104411511 (the "Application") to rehabilitate and for a change of use in building "A" located on the Property to add sleeping rooms on each floor of floors 2 through 8; and

WHEREAS, the Declarant/Grantee under this Declaration intends, declares and covenants that the restrictive covenants set forth herein shall be and are covenants running with