

# SPECIAL REPORT

**BOROUGH OF:** Citywide

| | |
|---|---|
| **TO:** | Edward J. Fortier |
| **FROM:** | Stephen Chuebon |
| **PREMISES:** | See below |
| **RE:** | OTR sign inspections |
| **DATE OF INSPECTION:** | November 11, 14 & 15, 2011 |
| **INSPECTOR:** See below | **BADGE NUMBER:** See below |
| **DATE OF REPORT:** | NOVEMBER 23, 2011 |

1. 101-111 East 161 Street, Bronx by inspector Craig Hughes, badge #2420
   Two story commercial building with an advertising sign on the roof for a movie called "jack & jill".

2. 25 Skillman Street, Brooklyn by inspector Kingsley Kitson, badge #2422
   Two story manufacturing building with no advertising sign.

3. 340 Flatbush Avenue, Brooklyn by inspector Kingsley Kitson, badge #2422
   One story church with no advertising sign.

4. 207 Dyckman Street, Manhattan by inspector Clarence Smith, badge #2237
   Six story building residential/commercial building with no advertising sign. However there was a blank area where it appears there was a sign on the facade previous to inspection.

**Recommendation:**

Signature: _____