# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE: CASE NO: 1−11−01448−ess

OTR Media Group, Inc. et al v. The City Of New York

SSN/TAX ID: CHAPTER: 0

DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on November 29, 2011 was filed on December 9, 2011 .

The following deadlines apply:

The parties have until December 16, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 30, 2011.

If a Transcript Redaction Request is filed, the redacted transcript is due January 9, 2012.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 8, 2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber E−Scribe, Inc., a Division of Compu−Scribe − (800) 300−1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 9, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]