# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: btaylor | Date Created: 12/9/2011 |
| Case: 1−11−01448−ess | Form ID: 296 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

aty      Gary M Kushner      gkushner@goetzfitz.com, kushner1@aol.com

                           TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

     Alan Kleinman, Esq.      New York City Law Department      Office of the Corporation Counsel      100 Centre Street      New York, NY 10007

     Wayne H Davis, Esq.      Tannebaum Helpern Syracuse &Hirschtritt      900 Third Avenue      New York, NY 10022

     William Curtin, Esq.      U.S. Department of Justice      Office of United States Trustee      271 Cadman Plaza East      Suite 4529      Brooklyn, NY 11201

     Michael R Dal Lago, Esq.      Morrison Cohen, LLP      909 Third Avenue      New York, NY

     Ariel S Holzer, Esq.      220 East 42nd Street      Suite 407      New York, NY 10017

                           TOTAL: 5