**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022 (212) 735-8600
Joseph T. Moldovan, Esq. Michael R. Dal Lago, Esq.

Attorneys for Sakele Brothers LLC

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| OTR MEDIA GROUP, INC., | : | Case No. 11-47385-ESS |
| Debtor. | : | |

------------------------------------------------------------------x

| | | |
|---|---|---|
| OTR MEDIA GROUP, INC. *et al.,* | : | |
| | : | |
| Plaintiffs, | : | Adv. Pro. No. 11-01448-ESS |
| vs. | : | |
| | : | |
| THE CITY OF NEW YORK, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------x

### STIPULATION SUBSTITUTING COUNSEL

It is hereby stipulated and agreed between the undersigned that the firm of **MORRISON COHEN LLP** be substituted as counsel of record for Plaintiff Sakele Brothers LLC in the above- referenced adversary proceeding, in place and stead of the firm of Goetz Fitzpatrick LLP, as of the date hereof.

Dated: New York, New York
November 29, 2011

| | |
|---|---|
| **GOETZ FITZPATRICK LLP** | **MORRISON COHEN LLP** |
| on its own behalf, and on behalf of OTR Media Group, Inc. | as counsel for Sakele Brothers LLC |
| By: /s/ Gary M. Kushner | By: /s/ Michael R. Dal Lago |
| Gary M. Kushner, Esq. | Michael R. Dal Lago, Esq. |
| One Penn Plaza – 44th Floor | 909 Third Avenue |
| New York, NY 10119 | New York, New York 10022 |

It is so ordered.

*/s/ Elizabeth S. Stong*

**Dated: Brooklyn, New York**
**January 2, 2012**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**