UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

In re:

OTR MEDIA GROUP, INC.,

        Debtor.

---------------------------------------------------------------------- x

OTR MEDIA GROUP, INC., *et al.*,

        Plaintiffs,

vs.

THE CITY OF NEW YORK,

        Defendant.

---------------------------------------------------------------------- x

Chapter 11

Case No. 1-11-47385 (ESS)

Adv. Pro. No. 1-11-01448

## PRELIMINARY PRE-HEARING ORDER

WHEREAS, on August 25, 2011, OTR Media Group, Inc. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on September 1, 2011, the Debtor and various non-debtor entities that may be entitled to indemnification by the Debtor initiated this adversary proceeding by filing a complaint seeking various forms of relief against the City of New York (the "City"); and

WHEREAS, on May 1, 2013, Gotham Broad, LLC ("Gotham Broad") filed a motion for a temporary restraining order against the City and an application for an order to show cause why an injunction should not be issued against the City, with exhibits (the "Motion"); and

WHEREAS, on May 6, 2013, the Court held a telephonic conference on the Motion and the relief requested therein; and

WHEREAS, on May 9, 2013, the Court held a hearing on the Motion, at which Gotham Broad, the Debtor, the City, and Metropolitan National Bank appeared and were heard; and

WHEREAS, on May 14, 2013, the Court held a telephonic conference on the Motion; and

WHEREAS, the parties dispute the issues involved in the Motion, and the Court may conduct an evidentiary hearing to determine the issues.

NOW, THEREFORE, it is hereby

ORDERED, that on consent, as stated on the record at the May 14, 2013 telephonic conference, Gotham Broad will respond to the City's settlement proposal by May 20, 2013, at 2:00 p.m.; and it is further

ORDERED, that on consent, Gotham Broad will provide the City with a copy of the assignment of the lease discussed on the record at the May 14, 2013 telephonic conference, to be received by May 20, 2013, at 2:00 p.m.; and it is further

ORDERED, that the parties shall serve all discovery requests for documents and information by May 24, 2013; and it is further

ORDERED, that the parties shall serve any other discovery requests, including requests for depositions, by May 31, 2013; and it is further

ORDERED, that the Court will hold a telephonic conference on the Motion on June 4, 2013, at 9:00 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201.

**Dated: Brooklyn, New York**
**May 14, 2013**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Gary M Kushner
Scott Simon
Goetz Fitzpatrick LLP
One Penn Plaza
44th Floor
New York, NY 10119

U.S. Trustee
United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

Brian T Horan
NYC Law Department
100 Church Street Rm. 20-104
New York, NY 10007

Jeremy Rosenberg
30 Broad Street
27th Floor
New York, NY 10004-4101

OTR Media Group, Inc.
40 Wall Street
32nd Floor
New York, NY 10038

Wayne H Davis
Tannenbaum Helpern Syracuse Hirschtritt
900 Third Avenue
New York, NY 10022