# EXHIBIT 1




# OFFICE OF THE SHERIFF
# LAW ENFORCEMENT BUREAU

# RENT LEVY NOTICE

SUPREME COURT OF THE STATE OF NEW YORK

NEW YORK COUNTY
-----------------------------------------------------X
CITY OF NEW YORK

VS.

GOTHAM BROAD LLC

-----------------------------------------------------X

**RENT LEVY NOTICE**

SHERIFF'S CASE  #13018062

TO THE TENANT(S): 30 BROAD ST NYC NY

Effective immediately, **ALL** rents due to your judgment debtor/defendant landlord, **GOTHAM BROAD LLC**, are to be paid to the **SHERIFF OF THE CITY OF NEW YORK**, in accordance with the annexed **COURT ORDER**. Make all payments payable to, **SHERIFF, CITY OF NEW YORK**. Please also indicate the Sheriff's case number on all payments. By promptly complying with this rent levy notice, you will not only avoid unnecessary litigation and expense, but will protect yourself against personal liability therefore in legal proceedings instituted pursuant to Section 5225, 5227 and 6214 of the Civil Practice Law and Rules.

**IF YOU FAIL TO TURN OVER TO THE SHERIFF RENT MONEY OWED TO THE JUDGMENT DEBTOR/DEFENDANT LANDLORD, YOU ARE SUBJECT TO EXAMINATION UNDER OATH BY DIRECTION OF THE COURT**

Return a copy of this letter with your payment. Please report any interference with this directive immediately to the undersigned deputy sheriff.

Very truly yours,

Deputy Sheriff K. RAMSEY
(212) 291-4978

**PLEASE MAKE CHECK/MONEY ORDER PAYABLE TO AND MAIL TO:**

Office of the Sheriff
Law Enforcement Bureau – New York County
Manhattan Business Center
66 John Street, 2nd Floor
New York, New York 10038

13018062

# THE JUDGMENT CREDITOR IS THE STATE OF NEW YORK, OR ANY OF ITS AGENCIES OR MUNICIPAL CORPORATIONS AND/OR THE DEBT ENFORCED IS FOR CHILD SUPPORT, SPOUSAL SUPPORT, MAINTENANCE OR ALIMONY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------x
CITY OF NEW YORK,                              : **EXECUTION WITH**
                                               : **NOTICE TO GARNISHEE**
        Judgment Creditor,    :
                                               :
  -against-                                   : To enforce judgments
                                               : rendered by the
GOTHAM BROAD LLC,                              : Environmental Control Board
                                               : of the City of New York.
        Judgment Debtor.      :
                                               :
                                               :
---------------------------------------------------------------x

**THE PEOPLE OF THE STATE OF NEW YORK**
**TO THE SHERIFF OF THE CITY OF NEW YORK:**

      WHEREAS, in administrative proceedings before the Environmental Control Board of the City of New York, the City of New York as petitioner and **Gotham Broad LLC** (hereinafter "Judgment Debtor") as respondent, final orders, listed in Schedule A attached hereto, were rendered by the Environmental Control Board and duly docketed in the Civil Court of the City of New York and in the offices of the County Clerk for the County of New York on April 30, 2013, in favor of the City of New York as Judgment Creditor and against the Judgment Debtor, whose address is **c/o GOTHAM BROAD 30 STREET LLC, 30 Broad Street, New York, New York** in the amount of **$235,000** of which **$235,000** together with interest thereon from the date of judgment remains due and unpaid;

      **NOW, THEREFORE, WE COMMAND YOU** to satisfy the judgment out of the real and personal property of the above named Judgment Debtor and the debts due to him; and that only the property in which the Judgment Debtor, who is not deceased, have an interest or the debts owed to him shall be levied upon or sold hereunder; **AND TO RETURN** this execution to the clerk of the above captioned court within sixty days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney for the Judgment Creditor.

      A notice to Judgment Debtor in the form presented by CPLR § 5222(e) has not been served on judgment debtor within a year.

## NOTICE TO GARNISHEE

WHEREAS, it appears that you are indebted to the judgment debtor, above named, or in possession or custody of property not capable of delivery in which the judgment debtor has an interest, including, without limitation, the following specified debt and property: **rent owed to Gotham Broad LLC.**

NOW, THEREFORE, YOU ARE REQUIRED by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the sheriff all personal property not capable of delivery in which the judgment debtor is known or believed to have an interest now in or hereafter coming into your possession or custody including any property specified in this notice; and to pay to the sheriff, upon maturity, all debts now due or hereafter coming due from you to the judgment debtor, including any debts specified in this notice; and to execute any documents necessary to effect such transfer or payment;

AND TAKE NOTICE that until such transfer or payment is made or until the expiration of 90 days after the service of this execution upon you or such further time as is provided by any order of the court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment, or transfer of, or any interference with, any such property, or pay over or otherwise dispose of such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of the court;

AND TAKE FURTHER NOTICE THAT at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the court upon motion of the judgment creditor has provided, this levy shall be void except as to the property or debts which have been transferred or paid to the sheriff or as to which a proceeding under sections 5225 or 5227 of the Civil Practice Law and Rules has been brought.

Dated: New York, New York
May 20, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for the City of New York*

By: _____
Brian T. Horan
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
212.356.2297

SCHEDULE A

NYC Environmental Control Board Penalties
Gotham Broad LLC

| Violation# | Respondent | Issued | Disposition | Status1 | DktDate | Imposed | Paid | Principal amt due | Interest through 5/20/2013 | Total due through 5/20/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03484840BN | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $10,000.00 | $0.00 | $10,000.00 | $49.32 | $10,049.32 |
| 034848409P | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $10,000.00 | $0.00 | $10,000.00 | $49.32 | $10,049.32 |
| 034848410M | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $10,000.00 | $0.00 | $10,000.00 | $49.32 | $10,049.32 |
| 034848411Y | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $10,000.00 | $0.00 | $10,000.00 | $49.32 | $10,049.32 |
| 034848412X | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $10,000.00 | $0.00 | $10,000.00 | $49.32 | $10,049.32 |
| 034848413H | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $10,000.00 | $0.00 | $10,000.00 | $49.32 | $10,049.32 |
| 034848414J | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $25,000.00 | $0.00 | $25,000.00 | $123.29 | $25,123.29 |
| 034848415L | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $25,000.00 | $0.00 | $25,000.00 | $123.29 | $25,123.29 |
| 034848416N | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $25,000.00 | $0.00 | $25,000.00 | $123.29 | $25,123.29 |
| 034848417P | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $25,000.00 | $0.00 | $25,000.00 | $123.29 | $25,123.29 |
| 034848418R | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $25,000.00 | $0.00 | $25,000.00 | $123.29 | $25,123.29 |
| 034848419Z | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $25,000.00 | $0.00 | $25,000.00 | $123.29 | $25,123.29 |
| 034848422J | GOTHAM BROAD LLC | 6/21/2010 | IN-VIOLATION | DOCKETED | 4/30/2013 | $25,000.00 | $0.00 | $25,000.00 | $123.29 | $25,123.29 |
|  |  |  |  |  |  |  |  | $235,000.00 |  | $239,168.90 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CITY OF NEW YORK,

                          Judgment Creditor,

   -against-

GOTHAM BROAD LLC,

                          Judgment Debtor.

**EXECUTION WITH NOTICE TO GARNISHEE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Judgment Creditor the City of New York*

*Of Counsel: Brian T. Horan*
*Assistant Corporation Counsel*
*100 Church Street, Room 20-104*
*New York, New York 10007*
*Tel: 212.356.2297*