# EXHIBIT 2

**Subject:** June Rent
**From:** "Neil O'Callaghan" <neiloc@hynyc.com>
**Date:** 6/3/2013 11:49 AM
**To:** "bruna@gothamholdings.com" <bruna@gothamholdings.com>

Bruna,

Just an FYI, Mary agreed to wait until Wednesday because the person from the Sheriff's Office that met with her on Friday to deliver the Rent Levy notice told her she had a 5 day grace period before paying the June rent to the Sheriff's Office. This person was apparently rather chatty and was insistent that she stop payment on the June check and was telling some stories about Gotham changing their name on some lease renewals to avoid paying the fine and having rent withheld (I kid you not). Some people just love a good soap opera.

So if you do hear something from your lawyer tomorrow that would be great.

Kind regards,

Neil