# EXHIBIT 4

# ASSIGNMENT OF NET LEASE AGREEMENT

The parties agree as follows:

**Date:**

**Parties:**
Assignor: Gotham Realty Holdings
Address: 30 Broad Street, New York, New York 10004

Assignee: Gotham Broad LLC
Address: 30 Broad Street, New York, New York 10004

If there are more than one Assignor or Assignee, the words "Assignor" and "Assignee" shall include them.

**Lease Assigned:**
The Lease which is assigned herein is identified as follows:
Lessor: Gotham Realty Holdings
Lessee: OTR Media Group, linc.
Date: October 6, 2006,   Premises: 30 Broad Street, New York, New York, 10004 "Construction Bridge Wrap" for the installation of outdoor advertising signage.

**Consideration:**
Assignor has received   Ten   ($ 10.00   ) Dollars and other good and valuable consideration for this Assignment.

**Assignment:**
Assignor assigns to the Assignee all the Assignor's right, title and interest in the Net Lease Agreement

**Benefit to Tenant:**
Assignee agrees that the obligations assumed shall benefit the Tenant named in the Lease as well as the Assignor.

**Assignor's Statements:**
Assignor states that Assignor has the right to assign this Lease and that the premises are free and clear of any judgments, executions, liens, taxes and assessments and that this Assignment is made to correct the identitiy of the Lessor which is Gotham Broad, LLC and not Gotham Realty Holdings

**Assignee's Statements:**
Assignee states that Assignee has read the Lease and has received the original or an exact copy of the Lease.

**Successors:**
This Assignment is binding on all parties who lawfully succeed to the rights or take the place of the Assignor or Assignee.

**Margin Headings:**
The margin headings are for convenience only.

**Signatures:** The Assignor and Assignee have signed this Assignment as of the date at the top of the first page.

ASSIGNOR:

ASSIGNEE:

STATE OF NEW YORK  )
                                           SS:)
COUNTY OF               )

On the 10th day of October before me, the undersigned, a notary public in and for said state, personally appeared Charles Ishay, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

> JODY E. LEVY
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01LE6119308
> Qualified in Kings County
> MY COMMISSION EXPIRES Nov. 29, 2012

_____
Notary Public

STATE OF NEW YORK  )
                                           SS:)
COUNTY OF               )

On the 10th day of October 2006, before me, the undersigned, a notary public in and for said state, personally appeared David Ishay, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

> JODY E. LEVY
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01LE6119308
> Qualified in Kings County
> MY COMMISSION EXPIRES Nov. 29, 2012

_____
Notary Public