```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------  x
                                                                        Chapter 11
In re:
                                                                        Case No. 1-11-47385 (ESS)
OTR MEDIA GROUP, INC.,

                    Debtor.
-------------------------------------------------------------------  x

OTR MEDIA GROUP, INC., et al.,                                          Adv. Pro. No. 1-11-01448

                    Plaintiffs,
vs.

THE CITY OF NEW YORK,

                    Defendant.
-------------------------------------------------------------------  x
```

## SCHEDULING ORDER

WHEREAS, on August 25, 2011, OTR Media Group, Inc. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on September 1, 2011, the Debtor and certain non-debtor entities that may be entitled to indemnification by the Debtor initiated this adversary proceeding by filing a complaint seeking various forms of relief against the City of New York (the "City"); and

WHEREAS, on May 1, 2013, Gotham Broad, LLC ("Gotham Broad") filed a motion for a temporary restraining order against the City and an application for an order to show cause why an injunction should not be issued against the City, with exhibits (the "Motion").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a hearing on the Motion on June 27, 2013, at 1:00

p.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
June 6, 2013

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Gary M Kushner
Scott Simon
Goetz Fitzpatrick LLP
One Penn Plaza
44th Floor
New York, NY 10119

U.S. Trustee
United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

Brian T Horan
NYC Law Department
100 Church Street Rm. 20-104
New York, NY 10007

Jeremy Rosenberg
30 Broad Street
27th Floor
New York, NY 10004-4101

OTR Media Group, Inc.
40 Wall Street
32nd Floor
New York, NY 10038

Wayne H Davis
Tannenbaum Helpern Syracuse Hirschtritt
900 Third Avenue
New York, NY 10022