# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 6/7/2013 |
| Case: 1−11−01448−ess | Form ID: pdf000 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brian T Horan | bhoran@law.nyc.gov |
| aty | Gary M Kushner | gkushner@goetzfitz.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Jeremy Rosenberg | The Law Office of Jeremy Rosenberg | 30 Broad Street | 27th Floor | New York, NY 10004 |
| ust | United States Trustee | 271 Cadman Plaza East | Suite 4529 | Brooklyn, NY 11201 | |
| | OTR Media Group, Inc | 40 Wall Street | 32nd Floor | New York, NY 10038 | |
| | Wayne H Davis | Tannenbaum Helpern Syracuse Hirschtritt | 900 Third Avenue | New York, NY 10022 | |

TOTAL: 4