| | |
|---|---|
| LAW OFFICES OF DONALD WATNICK<br>Donald E. Watnick<br>51 East 42nd Street, 11th Floor<br>New York, New York 10017<br>Telephone: (212) 213-6886<br>Facsimile: (646) 588-1932 | Hearing date: **November 19, 2013**<br>Hearing time: **9 a.m.**<br>Objections due: **November 12, 2013** |

*Attorneys for non-party Edward Arrigoni*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In re:

OTR MEDIA GROUP, INC.,

                           Debtor,

Chapter 11

Case No. 1-11-47385 (ESS)

---

OTR MEDIA GROUP, INC., 203 17TH REALTY LLC, SAKELE BROTHERS, LLC *and* ONE MAIDEN LANE REALTY, LLC, *all New York limited liability companies*, 848 FULTON REALTY CORP. *and* MING SHENG INC., *New York corporations*, GOTHAM BROAD, LLC, *a Delaware limited liability company*, FOTINI THEOHARIDU, and PHILLIPE JOCELINE, *natural persons*,

                           Plaintiffs,

         – vs. –

The CITY OF NEW YORK,

                           Defendant.

Adv. Pro. No. 1-11-01448 (ESS)

---

## NOTICE OF MOTION TO QUASH SUPBOENA

**PLEASE TAKE NOTICE** that, upon the annexed declarations of Edward F. Arrigoni and Donald E. Watnick, Esq., non-party Edward F. Arrigoni, by and through its counsel Donald E. Watnick, Esq., will move this Court on November 19, 2013 at 9 a.m. at the United States

1

Bankruptcy Court, Eastern District of New York, located at 271 Cadman Plaza East, Brooklyn, New York, or as soon thereafter as counsel may be heard, for an Order pursuant to Fed. R. Bankr. Pro. 7026, E.D.N.Y. LBR 7007-1 and 9013-1 and Fed.R.Civ.P. Rule 45(c)(3)(A)(iv), quashing the subpoena dated October 17, 2013, issued by Debtor OTR MEDIA GROUP, INC. to non-party Edward F. Arrigoni (a copy of which is annexed hereto), upon grounds that Mr. Arrigoni has no relevant testimony to provide and his deposition would improperly impose an undue burden and be cumulative, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief sought in the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and shall be filed with the Bankruptcy Court electronically in accordance with General Order #462, by registered users of the Bankruptcy Court's case filing system (with a hard copy delivered directly to chambers), and served upon the undersigned so as to be received no later than seven days before the return date of this motion, pursuant to E.D.N.Y LBR 9006-1.

Dated: New York, New York
October 30, 2013

LAW OFFICES OF DONALD WATNICK

By: /s/ Donald E. Watnick
Donald E. Watnick
51 East 42nd Street, 11th Floor
New York, NY 10017
(212) 213-6886
dwatnick@watnicklaw.com
*Attorneys for Movant Edward F. Arrigoni*

2