

# New York Bus Service

THE NEW ENGLAND THRUWAY (ROUTE 95) AT EXIT 13 - THE BRONX, N.Y. 10475

TELEPHONE: 212 994-5500

EDWARD ARRIGONI
PRESIDENT

November 24, 1980

Mr. Robert Middleton
Mack Sign Co.
2582 Third Avenue
Bronx, New York 10454

Dear Bob:

I am enclosing herewith our check in payment for the absolutely magnificent display you have just completed. I couldn't be more pleased with it, my sincerest congratulations on a job very very well done.

We have taken a helicopter color photo of this display this past weekend and will send you a copy as soon as we receive it. Angie Schifano was also going to get this aerial shot into a few of the outdoor magazine trade publications. Will keep you up to date.

Bob, again thanks for a fine job -- you indeed created a Bronx landmark. Will talk to you soon and with kind personal regards, I remain,

Very truly yours,



EA:cl
encl.



**330 Bruckner Blvd**

Date: 1980

Source: NYC Dept of Finance Tax Photo 1980

