UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                              Chapter 11

OTR MEDIA GROUP INC.,                      Case No. 1-11-47385 (ESS)

                        Debtor.

------------------------------------------------------------X

### **INTERROGATORIES TO EDWARD ARRIGONI IN LIEU OF DEPOSITION**

EDWARD ARRIGONI declares, pursuant to 28 U.S.C. §1746 and subject to the penalty of perjury, that his responses to the following questions are true and correct:

1. Were you associated with a company called NY Bus Service ("NY Bus")?

2. What was the nature of NY Bus's business?

3. During what time period were you associated with NY Bus?

4. What is the capacity in which you were associated with NY Bus?

5. Where was NY Bus's headquarters located?

6. Did NY Bus ever move its headquarters from that location?

7. What sorts of activities took place at that location? Did NY Bus:

   a. park buses at that location?

   b. maintain office space at that location?

   c. maintain storage space at that location?

   d. perform maintenance on buses at that location?

8. If NY Bus maintained office space at that location, please describe:

   a. the amount of office space that NY Bus occupied;

   b. the type of office work performed in that space;

   c. what machinery was located in that space; and

   d. where in the building the office space was located.

9. Did NY Bus operate its business from any other location?

10. Did NY Bus maintain any satellite offices?

11. Did NY Bus maintain any other parking lots?

12. Did NY Bus operate any other maintenance facilities?

13. How did NY Bus advertise its services?

14. Did NY Bus typically advertise its services at its offices?

15. What form of advertising did NY Bus use at its offices?

16. Do you recognize either of the signs depicted in the attached Exhibit "A"?

17. What do you recall about either sign?

18. Did NY Bus occupy space on Bruckner Blvd. when either sign was up?

19. How much space did NY Bus occupy on Bruckner Blvd. when either sign was up?

20. For what purpose did NY Bus use the space on Bruckner Blvd. when either sign was up?

21. Did NY Bus own or lease the space it occupied on Bruckner Blvd. when either sign was up?

22. Did other tenants share the space on Bruckner Blvd. with NY Bus when either sign was up?

Dated: November _____, 2013

_____
EDWARD ARRIGONI