UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                          Chapter 11

OTR MEDIA GROUP INC.,                           Case No. 1-11-47385 (ESS)

                        Debtor.
---------------------------------------------------------------X
OTR MEDIA GROUP, INC.,                          Adv. Pro. No. 11-01448 (ESS)
203 17th REALTY LLC, SAKELE BROTHERS, LLC,
ONE MAIDEN LANE REALTY, LLC,
848 FULTON REALTY CORP., MING SHENG INC.,
GOTHAM BROAD, LLC, FOTINI THEOHARIDU,
and PHILLIPE JOCELINE,

                        Plaintiffs,

    -against-

THE CITY OF NEW YORK,

                        Defendant.
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

SCOTT D. SIMON hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and am an attorney with the firm Goetz Fitzpatrick LLP, located at One Penn Plaza, New York, New York 10119.

On the 12th day of November, 2013, I served the Debtor's objection to Edward Arrigoni's motion to quash subpoena.

I served the objection in the following manner:

   - To Donald E. Watnick, attorney for Edward Arrigoni, by email to dwatnick@watnicklaw.com.

Dated: New York, New York
       November 12, 2013

                                                _____
                                                Scott D. Simon