THE LAW OFFICE OF JEREMY ROSENBERG
ATTORNEY AT LAW
30 BROAD STREET
NEW YORK, NEW YORK 10004

(212) 422-3843

Fax: (212) 422-3844

November 18, 2013

**VIA FACSIMILE 347-394-1865**
The Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Federal Courthouse
271 Cadman Plaza East
Brooklyn, New York 11201-1800

    Re:    **OTR Media Group Inc.-Case No. 1-11-47385(ESS)**
              **Adversary Proceeding No. 1-11-01448 (ess)**

Dear Judge Stong:

    I represent Gotham Broad, LLC ("Gotham Broad"), in the above-referenced proceeding. As the Court is aware, Gotham Broad has moved the Court for, *inter alia,* the issuance of injunctive relief in the above-referenced proceeding.

    As the Court is also aware, the above-referenced matters, including Gotham Broad's aforementioned application, are all scheduled before the Court tomorrow morning, November 19, 2013 at 9:00 a.m. Notwithstanding the foregoing however, I have been directed to appear tomorrow morning at the very same time before the Honorable Justice Margaret Garvey, Supreme Court, Rockland County, on an unrelated Order to Show Cause application that also seeks injunctive relief. As such, I am unable to appear before Your Honor at 9:00 a.m. tomorrow morning. In light of the foregoing, Gotham Broad respectfully requests that its aforementioned application for injunctive relief be entertained by Your Honor on submission without the necessity of an appearance. Alternatively however, in the event the Court desires to orally hear from the parties, Gotham Broad respectfully requests an adjournment of its motion to the next available date as selected by the Court.

Any courtesy extended by the Court would be greatly appreciated.

Respectfully submitted,

Jeremy Rosenberg (JR-4111)

cc: Brian T. Horan, Esq.
Scott D. Simon, Esq.
William Curtin, Esq.