# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−11−01448−ess |
| OTR Media Group, Inc. et al v. The City Of New York | |
| SSN/TAX ID: | ADVERSARY |
| DEBTOR(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on November 19, 2013 was filed on December 19, 2013 .

The following deadlines apply:

The parties have until December 26, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 9, 2014.

If a Transcript Redaction Request is filed, the redacted transcript is due January 21, 2014.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 19, 2014 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Compu−Scribe, Inc., 800−300−1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 24, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftransap1.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]