# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 12/24/2013 |
| Case: 1−11−01448−ess | Form ID: 296 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
aty      Brian T Horan      bhoran@law.nyc.gov
aty      Donald E Watnick      dwatnick@watnicklaw.com
aty      Gary M Kushner      gkushner@goetzfitz.com

                                                                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Hanna Klapper      33 Maiden Lane 14th Floor      New York, NY 10038
     Joseph A Altman      951 Bruckner Boulevard 1st Floor      Bronx, NY 10459
     Jason Garber      30 Broad Street      20th Floor      New York, NY 10004
     Richard W. Trotter      900 Third Avenue      New York, NY 10022

                                                                                                                              TOTAL: 4