# **EXHIBIT B**

# GOETZ FITZPATRICK LLP

Attorneys at Law
One Penn Plaza, New York, NY 10119 | 212-695-8100 | (F) 212-629-4013

Scott D. Simon
ssimon@goetzfitz.com

September 23, 2013

**VIA FEDERAL EXPRESS**
Gotham Process Service, Inc.
299 Broadway - Suite 1401
New York, New York 10007

Re: OTR MEDIA GROUP, INC.
Docket Number: Adv. Pro. 11-01448 (ESS)
Our Client/Matter No.: 35530.23179

Dear Sir/Madam:

Enclosed please find one (1) copy of a Subpoena to be **personally served** upon:

Edward F. Arrigoni
38 Partridge Hollow Road
Greenwich, CT 06831

My firm's $40 check payable Edward F. Arrigoni is enclosed.

Time is of the essence, so please immediately forward the affidavits of service to us and we will file it with the Court.

Thank you for your immediate attention to this matter.

Sincerely,

GOETZ FITZPATRICK LLP

By: _____
Katherine Llanos
Assistant to Scott D. Simon

T:\Kllanos\Forms\Gotham Letter.doc

# United States Bankruptcy Court

### EASTERN DISTRICT OF NEW YORK

In re:

OTR MEDIA GROUP, INC.

   Debtor.

SUBPOENA IN A CASE UNDER
THE BANKRUPTCY CODE

Case No.   Adv. Pro.11-01448 (ESS)
Chapter   11

To  Edward F Arrigoni
    38 Partridge Hollow Rd
    Greenwich, CT 06831

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE<br>Goetz Fitzpatrick LLP<br>1 Penn Plaza<br>New York, New York 10119 | DATE AND TIME<br>October 9, 2013 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

  See attached Exhibit "A".

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

  Any subpoenaed organization not a party to this proceeding shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6).

ISSUING OFFICER AND TITLE   Attorney for OTR Media Group, Inc.

DATE
September 23, 2013

ISSUING OFFICER AND ADDRESS AND PHONE NUMBER Gary M. Kushner, Esq.
Goetz Fitzpatrick LLP
One Penn Plaza
New York, New York 10119
(212) 695-8100

| PROOF OF SERVICE | | |
|---|---|---|
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45 Fed. R. Civ. P., Parts (c) & (d).

(c) Protecting a Person Subject to a Subpoena

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance not Required.* A person commanded to produce documents, electronically stored information or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.