# **EXHIBIT G**

# Donald Watnick

| | |
|---|---|
| **From:** | Donald Watnick <dwatnick@watnicklaw.com> |
| **Sent:** | Tuesday, October 08, 2013 4:09 PM |
| **To:** | 'Scott D. Simon' |
| **Cc:** | 'Gary Kushner'; Ed Saviano (esaviano@savvylaw.com) |
| **Subject:** | RE: OTR Media Group, Inc. - Ed Arrigoni |

On behalf of Mr. Arrigoni, and as previously stated in Edward Saviano's letter dated September 27, 2013, the subpoena to Mr. Arrigoni was ineffectively served and thus is without effect. Accordingly, we are not prepared to predicate cancellation of the deposition referred to in an improperly served subpoena on our client's agreement to sign a declaration that you have drafted. In short, the deposition referred to in your subpoena will not go forward due to ineffective service (without prejudice to any other objections).

Without limiting the foregoing, we will review the proposed declaration and let you know if our client would be prepared to sign it, provided, of course, that if he does so, it shall be in lieu of any deposition in this proceeding.

This email is without prejudice to or waiver of all rights, all of which are fully reserved.

**Donald E. Watnick**
**Law Offices of Donald Watnick**
**51 East 42nd Street, 11th Floor**
**New York, New York 10017**
**Telephone: (212) 213-6886**
**Facsimile: (646) 588-1932**
**Mobile: (917) 806-8942**
**email: dwatnick@watnicklaw.com**

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*

**U.S. Treasury Circular 230 Notice**

**U.S. Treasury Regulations require us to inform you that any U.S. tax advice in this communication cannot be used by you (i) to avoid tax penalties or**
**(ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

---

**From:** Scott D. Simon [mailto:ssimon@goetzfitz.com]
**Sent:** Monday, October 07, 2013 5:28 PM
**To:** dwatnick@watnicklaw.com
**Cc:** Scott D. Simon; Gary Kushner
**Subject:** OTR Media Group, Inc. - Ed Arrigoni

Mr. Watnick:

OTR Media Group consents to a short adjournment of Mr. Arrigoni's October 9, 2013 deposition to October 17, 2013, in contemplation of Mr. Arrigoni signing the attached declaration. Please review the declaration with your client. If you have revisions, I am happy to discuss them.

1

Provided that Mr. Arrigoni signs and returns the declaration on or before October 16, 2013, we agree to cancel his deposition.

I await your prompt response. Thank you. sds

**Scott D. Simon**
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY 10119

Phone: 212.695.8100 x322
Fax: 212.629.4013
Email: ssimon@goetzfitz.com



The information in this transmission may be privileged and confidential. It is intended for use of specific recipients. In the event of an error, no waiver is intended, and we request that you notify the sender and destroy the original message.