# EXHIBIT I

# Donald Watnick

**From:** Donald Watnick <dwatnick@watnicklaw.com>
**Sent:** Thursday, October 17, 2013 4:57 PM
**To:** 'Scott Simon'
**Subject:** RE: OTR Media - Ed Arragoni


Scott: Please be sure to notify your process server to stop attempting service and confirm you have done so. Thank you.


**Donald E. Watnick**
**Law Offices of Donald Watnick**
**51 East 42nd Street, 11th Floor**
**New York, New York 10017**
**Telephone: (212) 213-6886**
**Direct Dial: (212) 213-6954**
**Facsimile: (646) 588-1932**
**Mobile: (917) 806-8942**
**email: dwatnick@watnicklaw.com**

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*

**U.S. Treasury Circular 230 Notice**

**U.S. Treasury Regulations require us to inform you that any U.S. tax advice in this communication cannot be used by you (i) to avoid tax penalties or**
**(ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

---

**From:** Scott Simon [mailto:ssimon@goetzfitz.com]
**Sent:** Thursday, October 17, 2013 3:46 PM
**To:** dwatnick@watnicklaw.com
**Cc:** Scott Simon
**Subject:** OTR Media - Ed Arragoni

Mr. Watnick:

Following up on our phone conversation, attached is the subpoena on Edward Arrigoni, revised to provide for a November 13, 2013 deposition date.

As agreed: (i) You have waived delivery of the witness fee at this time; and (ii) For purposes of your motion to quash the subpoena in Bankruptcy Court, we have already met and conferred as to this discovery dispute.

Thank you. sds

**Scott D. Simon**
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY 10119

Phone: 212.695.8100 x322
Fax: 212.629.4013
Email: ssimon@goetzfitz.com



The information in this transmission may be privileged and confidential. It is intended for use of specific recipients. In the event of an error, no waiver is intended, and we request that you notify the sender and destroy the original message.