**EXHIBIT J**

| | |
|---|---|
| **From:** | Scott Simon <ssimon@goetzfitz.com> |
| **Sent:** | Monday, November 11, 2013 3:59 PM |
| **To:** | dwatnick@watnicklaw.com |
| **Cc:** | Scott Simon |
| **Subject:** | OTR Media / Arrigoni |
| **Attachments:** | Rogs in lieu of deposition.pdf |

Mr. Watnick:

Please see attached; I am going to give you a call to discuss. sds



**Scott D. Simon**
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY 10119

Phone: 212.695.8100 x322
Fax: 212.629.4013
Email: ssimon@goetzfitz.com

The information in this transmission may be privileged and confidential. It is intended for use of specific recipients. In the event of an error, no waiver is intended, and we request that you notify the sender and destroy the original message.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                    Chapter 11

OTR MEDIA GROUP INC.,                                     Case No. 1-11-47385 (ESS)

                    Debtor.

---------------------------------------------------------X

## INTERROGATORIES TO EDWARD ARRIGONI IN LIEU OF DEPOSITION

EDWARD ARRIGONI declares, pursuant to 28 U.S.C. §1746 and subject to the penalty of perjury, that his responses to the following questions are true and correct:

1. Were you associated with a company called NY Bus Service ("NY Bus")?

2. What was the nature of NY Bus's business?

3. During what time period were you associated with NY Bus?

4. What is the capacity in which you were associated with NY Bus?

5. Where was NY Bus's headquarters located?

6. Did NY Bus ever move its headquarters from that location?

7. What sorts of activities took place at that location? Did NY Bus:

    a. park buses at that location?

    b. maintain office space at that location?

    c. maintain storage space at that location?

    d. perform maintenance on buses at that location?

8. Did NY Bus operate its business from any other location?

9. Did NY Bus maintain any satellite offices?

10. Did NY Bus maintain any other parking lots?

11. Did NY Bus operate any other maintenance facilities?

12. How did NY Bus advertise its services?

13. Did NY Bus typically advertise its services at its offices?

14. What form of advertising did NY Bus use at its offices?

15. Do you recognize either of the signs depicted in the attached Exhibit "A"?

16. What do you recall about either sign?

17. Did NY Bus occupy space on Bruckner Blvd. when either sign was up?

18. How much space did NY Bus occupy on Bruckner Blvd. when either sign was up?

19. For what purpose did NY Bus use the space on Bruckner Blvd. when either sign was up?

20. Did NY Bus own or lease the space it occupied on Bruckner Blvd. when either sign was up?

21. Did other tenants share the space on Bruckner Blvd. with NY Bus when either

sign was up?

Dated: November _____, 2013

_____
EDWARD ARRIGONI



# New York Bus Service

THE NEW ENGLAND THRUWAY (ROUTE 95) AT EXIT 13 - THE BRONX, N.Y. 10475

TELEPHONE: 212 994-5500

EDWARD ARRIGONI
PRESIDENT

November 24, 1980

Mr. Robert Middleton
Mack Sign Co.
2582 Third Avenue
Bronx, New York 10454

Dear Bob:

I am enclosing herewith our check in payment for the absolutely magnificent display you have just completed. I couldn't be more pleased with it, my sincerest congratulations on a job very very well done.

We have taken a helicopter color photo of this display this past weekend and will send you a copy as soon as we receive it. Angie Schifano was also going to get this aerial shot into a few of the outdoor magazine trade publications. Will keep you up to date.

Bob, again thanks for a fine job -- you indeed created a Bronx landmark. Will talk to you soon and with kind personal regards, I remain,

Very truly yours,

EA:cl
encl.



## 330 Bruckner Blvd

## Date: 1980

Source: NYC Dept of Finance Tax Photo 1980

