**EXHIBIT K**

# LAW OFFICES OF DONALD WATNICK
51 EAST 42ND STREET, 11th FLOOR
NEW YORK, NY 10017

212-213-6886

Invoice submitted to:
Edward Saviano, Esq.
51 East 42nd Street
11th Floor
New York, NY 10017

December 03, 2013

In Reference To:General
Invoice #11382

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/24/2013 | DEW | Subpoena: Confer with E. Saviano about subpoena, review of same and Federal Rules on subpoenas to non-party witnesses. | 0.50<br>465.00/hr | 232.50 |
| 9/26/2013 | DEW | Subpoena: Confer with E. Saviano and E. Yuen, research on subpoenas, draft revisions to letter. | 0.75<br>465.00/hr | 348.75 |
| 10/4/2013 | DEW | Telephone call with E. Saviano regarding subpoena. | 0.25<br>465.00/hr | 116.25 |
| 10/7/2013 | DEW | Review of file, confer with E. Saviano, telephone call with counsel for debtor, telephone call with E. Arrigoni, review email from counsel for debtor and draft response.. | 1.75<br>465.00/hr | 813.75 |
| 10/8/2013 | DEW | Review of comments to prposed declaration and confer with E. Saviano; draft email to consel for debtor. | 0.75<br>465.00/hr | 348.75 |
| 10/9/2013 | DEW | Confer with E. Saviano. | 0.10<br>465.00/hr | 46.50 |
| 10/10/2013 | DEW | Arrigoni: Confer with E. Saviano, telephone call with counsel for debtor about subpoena, telephone call with E. Arrigoni. | 0.75<br>465.00/hr | 348.75 |
| 10/15/2013 | DEW | Confer with E. Saviano about subpoena. | 0.10<br>465.00/hr | 46.50 |
| 10/16/2013 | DEW | Confer with E. Saviano about subpoena. | 0.10<br>465.00/hr | 46.50 |
| 10/17/2013 | DEW | Confer with E. Saviano and E. Yuen about motion to quash subpoena, legal research, telephone call with and emails to and from opposing counsel about subpoena. | 1.50<br>465.00/hr | 697.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2013 | DEW | Review of file and draft motion to quash. | 0.50<br>465.00/hr | 232.50 |
| 10/23/2013 | DEW | Wrok on motion to quash and confer with M. Beyer about legal research issues. | 1.50<br>465.00/hr | 697.50 |
|  | MB | Research<br><br>Research in support of motion to quash subpoena for Edward Arrigoni. | 1.50<br>155.00/hr | NO CHARGE |
| 10/24/2013 | DEW | Telephone call with E.Arrigoni and E. Saviano, confer with E. Yuen, work on motion to quash. | 1.50<br>465.00/hr | 697.50 |
|  | MB | Research<br><br>Reviewed the OTR docket (on Pacer) for motions related to Arrigoni's subpoena; revised motion to quash subpoena. | 1.00<br>155.00/hr | NO CHARGE |
| 10/25/2013 | DEW | Review of bankruptcy docket, confer with and telephone call and emails with E. Saviano, work on motion to compel. | 1.25<br>465.00/hr | 581.25 |
| 10/26/2013 | DEW | Work on memo of law in support of motion to quash. | 0.50<br>465.00/hr | 232.50 |
| 10/27/2013 | DEW | Legal research and draft motion to quash subpoena. | 1.50<br>465.00/hr | 697.50 |
| 10/28/2013 | DEW | Draft revisions to motion papers and confer with E. Saviano and E. Yuen about same. | 3.75<br>465.00/hr | 1,743.75 |
| 10/29/2013 | DEW | Draft revisions to motion papers and confer with E. Saviano and E. Yuen about same. | 1.00<br>465.00/hr | 465.00 |
| 10/30/2013 | DEW | Work on finalizing motion papers and confer with M. Beyer and E. Saviano about same. | 2.50<br>465.00/hr | 1,162.50 |
|  | MB | Research<br><br>Drafting letter to Judge Stong and making copies of Arrigoni/Watnick declarations for filing/service. | 1.25<br>155.00/hr | NO CHARGE |
| 10/31/2013 | DEW | Arrange for filing of motion papers, confer with E. Yuen, telephone call with counsel for the City of New York. | 1.50<br>465.00/hr | 697.50 |
| 11/11/2013 | DEW | Review of email from counsel for OTR and telephone call with counsel for OTR. | 0.50<br>465.00/hr | 232.50 |

# LAW OFFICES OF DONALD WATNICK

**Edward Saviano, Esq.**
Page 3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2013 | DEW | Telephone call with c ounsel for OTR, confer with E. Saviano, reivew of oppostion papers filed by OTR. | 0.75<br>465.00/hr | 348.75 |
| 11/13/2013 | DEW | Review of papers filed by OTR, telephone call with attorneys for City, confer with E. Saviano. | 0.75<br>465.00/hr | 348.75 |
| 11/14/2013 | DEW | Draft reply papers and confer with E. Saviano and E. Yuen about same. | 0.75<br>465.00/hr | 348.75 |
| 11/15/2013 | DEW | Confer with E. Saviano and E. Yuen, conference call with E. Saviano and E. Arrigoni, draft and finalize reply papers. | 2.25<br>465.00/hr | 1,046.25 |
| 11/18/2013 | DEW | Prepare for argument on motion to quash subpoena, telephone calls with E. Saviano and opposing counsel about same. | 2.25<br>465.00/hr | 1,046.25 |
| 11/19/2013 | DEW | Prepare for and appear in court for argument on motion to quash, confer with opposing counsel, confer with E. Saviano and telephone call with E. Arrigoni, email to opposing counsel. | 3.75<br>465.00/hr | 1,743.75 |
| 11/20/2013 | DEW | Emails to and from opposing counsel; draft letter to court. | 0.25<br>465.00/hr | 116.25 |
| 11/21/2013 | DEW | Draft letter to Judge Stong. | 0.25<br>465.00/hr | 116.25 |
| 11/22/2013 | DEW | Finalize letter to Judge Stong. | 0.25<br>465.00/hr | 116.25 |
| 11/27/2013 | DEW | Review of court notice about conference on attorneys fees. | 0.10<br>465.00/hr | 46.50 |
| 12/2/2013 | DEW | Emails to and from opposing counsel and review letter from opposing counsel to court. | 0.25<br>465.00/hr | 116.25 |

| | | |
|---|---|---|
| **For professional services rendered** | 37.90 | **$15,879.75** |
| **Previous balance** | | **$787.50** |
| Accounts receivable transactions | | |
| 1/17/2013 Payment - Thank You | | ($787.50) |
| **Total payments and adjustments** | | **($787.50)** |
| Balance due | | $15,879.75 |

# LAW OFFICES OF DONALD WATNICK

<u>Edward Saviano, Esq.</u>
Page    4

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew Beyer | 3.75 | 0.00 | $0.00 |
| Donald E. Watnick | 34.15 | 465.00 | $15,879.75 |

Timekeeper Summary

**PAYMENT DUE UPON RECEIPT**

# LAW OFFICES OF DONALD WATNICK

51 EAST 42ND STREET, 11th FLOOR
NEW YORK, NY 10017

212-213-6886

---

Invoice submitted to:

Edward Saviano, Esq.
51 East 42nd Street
11th Floor
New York, NY 10017

December 16, 2013

In Reference To: General
Invoice #11386

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2013 | DEW | Emails to and from G. Kushner and review of court filings. | 0.25<br>465.00/hr | 116.25 |
| 12/4/2013 | DEW | Emails to and from G. Kushner and review of court filings; confer with E. Saviano. | 0.25<br>465.00/hr | 116.25 |
| 12/5/2013 | DEW | Prepare for and hold meet and confer telephone call with G. Kushner, counsel for debtor, and review of court filings and correspondence and confer with E. Saviano; draft email to G. Kushner and review letter from G. Kushner. | 1.00<br>465.00/hr | 465.00 |
| | **For professional services rendered** | | **1.50** | **$697.50** |
| | **Previous balance** | | | **$15,879.75** |
| | Balance due | | | $16,577.25 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Donald E. Watnick | 1.50 | 465.00 | $697.50 |

**PAYMENT DUE UPON RECEIPT**

# LAW OFFICES OF DONALD WATNICK
51 EAST 42ND STREET, 11th FLOOR
NEW YORK, NY 10017

212-213-6886

Invoice submitted to:
Edward Saviano, Esq.
51 East 42nd Street
11th Floor
New York, NY 10017

December 16, 2013

In Reference To: General
Invoice #11386

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2013 | DEW | Emails to and from G. Kushner and review of court filings. | 0.25<br>465.00/hr | 116.25 |
| 12/4/2013 | DEW | Emails to and from G. Kushner and review of court filings; confer with E. Saviano. | 0.25<br>465.00/hr | 116.25 |
| 12/5/2013 | DEW | Prepare for and hold meet and confer telephone call with G. Kushner, counsel for debtor, and review of court filings and correspondence and confer with E. Saviano; draft email to G. Kushner and review letter from G. Kushner. | 1.00<br>465.00/hr | 465.00 |

| | | |
|---|---|---|
| **For professional services rendered** | **1.50** | **$697.50** |
| **Previous balance** | | **$15,879.75** |
| Balance due | | $16,577.25 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Donald E. Watnick | 1.50 | 465.00 | $697.50 |

**PAYMENT DUE UPON RECEIPT**