LAW OFFICES OF DONALD WATNICK
Donald E. Watnick
51 East 42nd Street, 11th Floor
New York, New York 10017
Telephone: (212) 213-6886
Facsimile: (646) 588-1932

*Attorneys for non-party Edward F. Arrigoni*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

In re:

OTR MEDIA GROUP, INC.,

                              Debtor,

_____

OTR MEDIA GROUP, INC., 203 17TH REALTY LLC,
SAKELE BROTHERS, LLC *and* ONE MAIDEN LANE
REALTY, LLC, *all New York limited liability companies*,
848 FULTON REALTY CORP. *and* MING SHENG INC.,
*New York corporations*, GOTHAM BROAD, LLC, *a
Delaware limited liability company*, FOTINI
THEOHARIDU, and PHILLIPE JOCELINE, *natural
persons,*

                              Plaintiffs,

         - *vs.* –

The CITY OF NEW YORK,

                              Defendant.

_____

Chapter 11

Case No. 1-11-47385 (ESS)

Adv. Pro. No. 1-11-01448 (ESS)

**DECLARATION OF EDWARD SAVIANO, ESQ. IN SUPPORT OF MOTION**
**FOR SANCTIONS AND TO RE-OPEN  BY NON-PARTY EDWARD F. ARRIGONI**

EDWARD SAVIANO hereby declares pursuant to 28 U.S.C. §1746 and subject to the penalty of

perjury, that the following statements are true and correct:

1