**EXHIBIT A**

**Saviano, P.C.**
51 East 42nd Street
11th Floor
New York, NY 10017
esaviano@savvylaw.com

Mr. Edward Arrigoni
38 Partridge Hollow Road
Greenwich, CT 06831

December 09, 2013

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/24/2013 | ESS | Services<br>fax from EA re subpoena, t/cs with EA re same, o/c with DW re same, t/c with BJO | 1.00<br>420.00/hr | 420.00 |
| 9/26/2013 | ESS | Services<br>o/c with DW and EY re defective service of subpoena, t/c to CT atty re service of procees in CT, draft of letter re defective subpoena, o/c with EY and DW re issue on improper title to subpoena, review of DW's comments | 1.60<br>420.00/hr | 672.00 |
| | EY | Services<br>research re service of process for subpoena in bankruptcy proceeding in edny; review & send out ltr to otr media's atty | 3.50<br>150.00/hr | 525.00 |
| 10/4/2013 | ESS | Services<br>email from atty for OTR re subpoena, o/c with EY re same, review of Shur case, t/c with DW re issue on service and re response to email from OTR attorney, t/c with client re same | 2.50<br>420.00/hr | 1,050.00 |
| 10/7/2013 | ESS | Services<br>o/c with DW re subpoena, t/c with DW and atty for OTR re subpoena and deposition, t/c with EA and DW re same | 1.00<br>420.00/hr | 420.00 |
| 10/8/2013 | ESS | Services<br>Review of email re declaration and deposition, email to DW re response to adj of deposition, t/c with EA re declaration and responding to atty for OTR, fax to EA re declaration | 0.80<br>420.00/hr | 336.00 |

|            |     |                                                                                                                                                                                                 | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 10/10/2013 | ESS | Services<br>t/c with EA re declaration and re NYBS advertising, o/c with DW re the same, t/c with DW to Scott Simon re declaration and re subpoena of client, t/c with client re same           | 0.70<br>420.00/hr | 294.00 |
| 10/17/2013 | ESS | Services<br>o/c with DW re subpoena in OTR matter, t/c with EA and DW re same                                                                                                                   | 0.40<br>420.00/hr | 168.00 |
|            | EY  | Services<br>research re filing motion to quash subpoena in edny bankruptcy case; o/c w/ dwatnick re same                                                                                        | 2.00<br>150.00/hr | 300.00 |
| 10/24/2013 | ESS | Services<br>o/c with DW re OTR matter and subpoena, t/c with DW and EA re the same                                                                                                              | 0.80<br>420.00/hr | 336.00 |
|            | EY  | Services<br>review docket for otr media's bankruptcy and adversary proceeding for relevant information                                                                                          | 5.50<br>150.00/hr | 825.00 |
| 10/25/2013 | EY  | Services<br>research and draft motion to quash subpoena                                                                                                                                         | 6.00<br>150.00/hr | 900.00 |
| 10/28/2013 | ESS | Services<br>Review and revise EA Declaration, review and revise Memo of Law prepared by EY-DW, o/c with DW re same, fax to client re final draft of Declaration for his review, approval and signature | 1.30<br>420.00/hr | 546.00 |
|            | EY  | Services<br>legal research, draft memo, declaration and notice of motion for motion to quash subpoena of edward arrigoni                                                                        | 4.50<br>150.00/hr | 675.00 |
| 10/29/2013 | EY  | Services<br>research re filing/service motion; draft filing papers for motion to quash subpoena                                                                                                 | 3.00<br>150.00/hr | 450.00 |
| 10/31/2013 | EY  | Services<br>review papers for motion to quash subpoena of edward arrigoni; file motion via ecf; service of copy of motion on parties to action & copy to judge's chambers; prepare certificate of service; file same via ecf | 4.50<br>150.00/hr | 675.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2013 | ESS | Services<br>o/c with DW re subpoena and OTR action, t/c to client re same | 0.50<br>420.00/hr | 210.00 |
| 11/12/2013 | ESS | Services<br>email from DW re interrogatroies of OTR atty, review of same, t/c to EA re same, fax to EA re interrogatory, o/c with DW re same and re status of Bankruptcy Ct, receipt and review of OTR response to motion to quash | 1.00<br>420.00/hr | 420.00 |
| 11/14/2013 | ESS | Services<br>o/c with EY re OTR matter and re research to reply to response to motion to quash supboena | 0.50<br>420.00/hr | NO CHARGE |
|  | EY | Services<br>legal research re discovery & appeals in edny bankruptcy court; draft reply papers for edward arrigoni's motion to quash subpoena | 5.50<br>150.00/hr | 825.00 |
| 11/15/2013 | ESS | Services<br>o/c with DW re OTR matter, t/c with DW and EA re the same, review of NYC papers on quashing suboena and o/c with DW re same, review of reply to OTR response | 1.30<br>420.00/hr | 546.00 |
|  | EY | Services<br>legal research re interrogatories, sanctions; draft reply papers; file reply papers on ecf; serve same on interested parties; draft certificate of service and file same; ltr prep to court with courtesy copy | 5.00<br>150.00/hr | 750.00 |
| 11/19/2013 | ESS | Services<br>o/c with DW re hearing today, t/c with DW and client re hearing | 1.30<br>420.00/hr | 546.00 |
| 11/20/2013 | ESS | Services<br>o/cs and emails with DW re legal fee reimbursement, dealing with OTR atty and re setting up conference with court on same | 0.40<br>420.00/hr | NO CHARGE |
| 11/21/2013 | ESS | Services<br>Review of letter to court re meeting on legal fee reimbursment, email and o/c with DW re same | 0.40<br>420.00/hr | NO CHARGE |
| 12/2/2013 | ESS | Services<br>email from DW re court hearing for legal fees on OTR matter, t/c to EA re same, o/c with DW | 0.60<br>420.00/hr | 252.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/10/2013 | ESS | Services<br>t/c with client re OTR matter, o/c with DW re same and re continuing emails from OTR counsel on legal fees and hearing | 0.40<br>325.00/hr | NO CHARGE |
|  |  | **For professional services rendered** | **56.00** | **$12,141.00** |

Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 10/30/2013 | Federal Expres<br>Federal Express Charges from EA | 1<br>26.30 | 26.30 |
| 11/1/2013 | Federal Expres<br>Federal Express Charges to Bkr Ct re motion to quash subpoen | 1<br>21.88 | 21.88 |
| 11/18/2013 | Federal Expres<br>Federal Express Charges | 1<br>21.78 | 21.78 |
| 12/9/2013 | Other<br>Don Watnick fees re OTR Litigation Matter | 1<br>16,577.25 | 16,577.25 |
|  | **Total additional charges** |  | **$16,647.21** |
|  | **Total amount of this bill** |  | **$28,788.21** |