# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE: CASE NO: 1−11−01448−ess

OTR Media Group, Inc. et al v. The City
Of New York

SSN/TAX ID: ADVERSARY

DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on September 20, 2013 was filed on February 11, 2014 .

The following deadlines apply:

The parties have until February 18, 2014 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is March 4, 2014.

If a Transcript Redaction Request is filed, the redacted transcript is due March 14, 2014.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is May 12, 2014 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Compu−Scribe, Inc. at 800−300−1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: February 12, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftransap1.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]