# Notice Recipients

District/Off: 0207−1  User: cteutonic  Date Created: 2/12/2014
Case: 1−11−01448−ess  Form ID: 296  Total: 6

**Recipients of Notice of Electronic Filing:**
aty   Brian T Horan   bhoran@law.nyc.gov
aty   Gary M Kushner   gkushner@goetzfitz.com
aty   Scott D Simon   ssimon@goetzfitz.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Office of the United States Trustee   Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014
Joseph A. Altman, P.C.   951 Bruckner Boulevard   1st Floor   Bronx, NY 10459
Tannenbaum Helpern Syracuse &Hirschtritt, LLP   Wayne H Davis, Esq   900 Third Avenue   New York, NY 10022

TOTAL: 3