# Jessica Bejarano

| | |
|---|---|
| **From:** | Arnold, Phyllis <phyllis.arnold@bryancave.com> |
| **Sent:** | Friday, June 14, 2013 2:56 PM |
| **To:** | 'Edward J. Fortier, Jr (Buildings)' |
| **Cc:** | Alex Berger (Buildings); 'Ari Noe'; 'ArielHolzer@lawyer.com'; Gary Kushner; Scott Simon; Kleinman, Alan (Law); Horan, Brian (Law) |
| **Subject:** | RE: 838 6th Ave |

Thank you.

-----Original Message-----
From: Edward J. Fortier, Jr (Buildings) [mailto:EFortier@buildings.nyc.gov]
Sent: Friday, June 14, 2013 2:53 PM
To: Arnold, Phyllis
Cc: Alex Berger (Buildings); 'Ari Noe'; 'ArielHolzer@lawyer.com'; Gary Kushner; 'Scott D. Simon'; Kleinman, Alan (Law); Horan, Brian (Law)
Subject: RE: 838 6th Ave

Phyllis-

No one in Sign Enforcement has "pulled" this application for review.   My understanding is that significant flaws in the application resulted in examiner objections, which required several meetings to resolve.   Among those flaws was a substantial projection of the sign structure and catwalk over the adjoining lot and the existence of illumination.  These elements are clearly contrary to the Technical Affairs approval.

In checking with the examiner about the sign just a moment ago, it seems illumination has been removed from the application and it will now be painted to eliminate the illegal projection.  We will speak further with the examiner to try to move this forward for you.

Thank you.

Edward J. Fortier
212.393.2305
(Please note new number)


-----Original Message-----
From: Arnold, Phyllis [mailto:phyllis.arnold@bryancave.com]
Sent: Friday, June 14, 2013 1:37 PM
To: Edward J. Fortier, Jr (Buildings)
Cc: Alex Berger (Buildings); 'Ari Noe'; 'ArielHolzer@lawyer.com'; Gary Kushner; 'Scott D. Simon'; Kleinman, Alan (Law); Horan, Brian (Law)
Subject: FW: 838 6th Ave

Ed:
I think this is the second time since the March 25, 2013 Technical Affairs approval that you guys have pulled this application for review.  The delays are simply intolerable and are going to kill this company.
If you must review this again, please expedite it.
Phyllis

-----Original Message-----
From: John Platt [mailto:jplatt@nycecc.com]
Sent: Friday, June 14, 2013 10:14 AM
To: Arnold, Phyllis
Cc: Bryan Bonagura
Subject: RE: 838 6th Ave

Phyllis,

Please see below email from our team concerning 838 6th Avenue, we had an appointment this morning but the examiner was hesitant to approve it as SET/SEU is all over this one.

Contact me with any questions.

Thank you,
John Platt
Associate

Empire City Consultants
Building Code & Expediting Consultants

20 West 36th Street
New York, NY 10018
Direct: (646) 253-0403
Phone: (212) 228-1131
Fax: (212) 228-1142
Email: jplatt@nycecc.com
-----Original Message-----
From: Bryan Bonagura
Sent: Friday, June 14, 2013 10:07 AM
To: John Platt
Subject: 838 6th Ave

121398291

Roseanne reviewed everything and it looks alright to her but she said she wants to take it upstairs and run it by the lawyers to be on the safe side. She took the folder and said if there aren't any objections by the lawyers we should see it approved most likely by next Tuesday and then we can pick it up from the record room.

Sent from my Verizon Wireless 4G LTE smartphone


_____

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used,

and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013