LAW OFFICES OF DONALD WATNICK                          Hearing Date:
Donald E. Watnick                                       May 6, 2014:  9:30 a.m.
51 East 42nd Street, 11th Floor
New York, New York 10017
Telephone: (212) 213-6886
Facsimile: (646) 588-1932


*Attorneys for non-party Edward F. Arrigoni*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In re:

OTR MEDIA GROUP, INC.,

                                Debtor,

Chapter 11

Case No. 1-11-47385 (ESS)

---

OTR MEDIA GROUP, INC., 203 17TH REALTY LLC,
SAKELE BROTHERS, LLC *and* ONE MAIDEN LANE
REALTY, LLC, *all New York limited liability companies*,
848 FULTON REALTY CORP. *and* MING SHENG INC.,
*New York corporations*, GOTHAM BROAD, LLC, *a
Delaware limited liability company*, FOTINI
THEOHARIDU, and PHILLIPE JOCELINE, *natural
persons,*

                                Plaintiffs,

               - *vs*. –

The CITY OF NEW YORK,

                              Defendant.

Adv. Pro. No. 1-11-01448 (ESS)

---

**REPLY DECLARATION OF DONALD E. WATNICK, ESQ. IN SUPPORT OF MOTION**
**FOR SANCTIONS AND TO RE-OPEN  BY NON-PARTY EDWARD F. ARRIGONI**


DONALD E. WATNICK hereby declares pursuant to 28 U.S.C. §1746 and subject to the penalty

of perjury, that the following statements are true and correct:

1.      I am counsel for non-party Edward F. Arrigoni and I make this declaration in support of his motion for sanctions in the above-entitled adversary proceeding.  I am fully familiar with the facts set forth herein.

2.      I am annexing hereto as Exh. A, a copy of a series of emails between myself and Gary Kushner, Esq., counsel for Debtor OTR Media Group, LLC.

3.      I am annexing hereto as Exh. B a copy of the signature page for the declaration of Movant Edward Arrigoni, which shows that it was faxed on October 29, 2013 to the offices of my co-counsel, Edward Saviano.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        May 1, 2014

                                                    /s/ Donald E. Watnick
                                                    Donald E. Watnick