# EXHIBIT A

# Donald Watnick

**From:** Gary Kushner <gkushner@goetzfitz.com>
**Sent:** Wednesday, December 04, 2013 7:05 PM
**To:** Donald Watnick
**Subject:** RE: OTR Media

what I had to say won't take very long.

Sent via the Samsung Galaxy Note® 3, an AT&T 4G LTE smartphone

-------- Original message --------
From: Donald Watnick
Date:12/04/2013 7:02 PM (GMT-05:00)
To: Gary Kushner
Subject: RE: OTR Media

When are you available on Thu.? Interesting that at 4:34 p.m. you wrote an email suggesting a call should occur today when you were leaving at 5 p.m.


**Donald E. Watnick**
**Law Offices of Donald Watnick**
**51 East 42nd Street, 11th Floor**
**New York, New York 10017**
**Telephone: (212) 213-6886**
**Direct Dial: (212) 213-6954**
**Facsimile: (646) 588-1932**
**Mobile: (917) 806-8942**
**email: dwatnick@watnicklaw.com**

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*
U.S. Treasury Circular 230 Notice

**U.S. Treasury Regulations require us to inform you that any U.S. tax advice in this communication cannot be used by you (i) to avoid tax penalties or
(ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

**From:** Gary Kushner [mailto:gkushner@goetzfitz.com]
**Sent:** Wednesday, December 04, 2013 6:56 PM
**To:** Donald Watnick
**Subject:** RE: OTR Media

Our office holiday party is tonight. We all left at 5pm.

Sent via the Samsung Galaxy Note® 3, an AT&T 4G LTE smartphone

-------- Original message --------
From: Donald Watnick
Date:12/04/2013 6:52 PM (GMT-05:00)
To: Gary Kushner
Subject: RE: OTR Media

I phoned you at approx. 520 p.m. and left you a voicemail. You have not returned my call. What time on Thu. are you available?

**Donald E. Watnick**
**Law Offices of Donald Watnick**
51 East 42nd Street, 11th Floor
New York, New York 10017
Telephone: (212) 213-6886
Direct Dial: (212) 213-6954
Facsimile: (646) 588-1932
Mobile: (917) 806-8942
email: dwatnick@watnicklaw.com

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*
**U.S. Treasury Circular 230 Notice**

**U.S. Treasury Regulations require us to inform you that any U.S. tax advice in this communication cannot be used by you (i) to avoid tax penalties or**
**(ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

**From:** Donald Watnick [mailto:dwatnick@watnicklaw.com]
**Sent:** Wednesday, December 04, 2013 4:45 PM
**To:** 'Gary Kushner'
**Subject:** RE: OTR Media

I can speak Thu. or this afternoon after 5:30 (or possibly earlier if a call I am about to start does not go long). Thu. would be preferable.
BTW, I don't understand why your email starts with a gratuitous and silly statement, which is all the more so when it is your own schedule that is creating a timing issue.


**Donald E. Watnick**
**Law Offices of Donald Watnick**
51 East 42nd Street, 11th Floor
New York, New York 10017
Telephone: (212) 213-6886
Direct Dial: (212) 213-6954
Facsimile: (646) 588-1932
Mobile: (917) 806-8942

2

email: dwatnick@watnicklaw.com
*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*
**U.S. Treasury Circular 230 Notice**

**U.S. Treasury Regulations require us to inform you that any U.S. tax advice in this communication cannot be used by you (i) to avoid tax penalties or
(ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

**From:** Gary Kushner [mailto:gkushner@goetzfitz.com]
**Sent:** Wednesday, December 04, 2013 4:34 PM
**To:** Donald Watnick
**Subject:** RE: OTR Media

If you intend to comply with the courts order, I suggest we speak today. I am leaving for vacation on Friday. gmk

**From:** Donald Watnick [mailto:dwatnick@watnicklaw.com]
**Sent:** Tuesday, December 03, 2013 10:56 AM
**To:** ess_hearings@nyeb.uscourts.gov
**Cc:** Gary Kushner; Scott Simon
**Subject:** FW: OTR Media

Ms. Jackson:
This office represents Edward Arrigoni, with respect to the conference set by the Court for Dec. 11, 2013 (ECF No. 80). In regards to the letter dated Dec. 2, 2013 from OTR Media counsel (ECF No. 81; copy attached) requesting an adjournment of that conference to Dec. 20 or 23, I can be available for the conference on either of those two dates.

Respectfully submitted,


**Donald E. Watnick**
**Law Offices of Donald Watnick**
51 East 42nd Street, 11th Floor
New York, New York 10017
Telephone: (212) 213-6886
Direct Dial: (212) 213-6954
Facsimile: (646) 588-1932
Mobile: (917) 806-8942
email: dwatnick@watnicklaw.com
*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*
**U.S. Treasury Circular 230 Notice**

**U.S. Treasury Regulations require us to inform you that any U.S. tax advice in this communication cannot be used by you (i) to avoid tax penalties or
(ii) to promote, market or recommend to another party any transaction or matter addressed herein.**