**EXHIBIT B**

**Fax Header Information**

savvylaw
212-532-7651
Oct-29-2013 08:29 AM

| Job | Date/Time | Type | Identification | Duration | Pgs | Result |
| --- | --- | --- | --- | --- | --- | --- |
| 1565 | Oct-29-2013 08:29 AM | Receive | | 0:18 | 1 | Success |
| | 10/29/2013 08:44 FAX | | | | ☒001 | |
| | Oct-28-2013 05:15 PM savvylaw 212-532-7651 | | | | 5/5 | |

11. Based on the foregoing, and the accompanying Memorandum of Law, I request that the subpoena for my testimony be quashed, so that I do not have to devote time and expense, including attorneys' fees, to provide testimony in a case to which I am a complete stranger and to travel from my home in Connecticut to New York City in order to do so.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on __10__/__13__, 2013.

EDWARD F. ARRIGONI